# AMENDMENTS AND MODIFICATIONS TO THE CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES MASTER AGREEMENT (EFFECTIVE JULY 1, 2003 THROUGH JUNE 30, 2008

**Section 1.** THIS MASTER AGREEMENT, made and entered into this 1st day of July 2003, by and between the CONSTRUCTION EMPLOYERS' ASSOCIATION OF CALIFORNIA (CEA), and their respective members, herein referred to collectively as the Employer, and the CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD, on behalf of the Regional Council and affiliated Local Unions having jurisdiction in the 46 Northern California Counties, hereinafter referred to as the Union, amends, modifies, supplements, changes, extends, and renews the Master Agreements dated June 16, 1971, July 18, 1974, June 16, 1977, June 16, 1980, September 1, 1982, January 1, 1986, April 1, 1988, June 16, 1992, June 16, 1996, July 1, 1999, and is effective July 1, 2003.

**Section 2. TERM OF AGREEMENT**

This Agreement shall remain in full force and effect from the 30th day of June, 2003 through the 30th day of June 2008, and shall continue thereafter unless either party, not more than ninety (90) days nor less than sixty (60) days prior to the 30th day of June, 2008 or not more than ninety (90) days nor less than sixty (60) days prior to the 30th day of June of any subsequent year in which the Master Agreement may terminate serves written notice on the other of its desire to change, modify, amend, supplement, renew, extend or terminate this Agreement.

**Wages and fringe benefits are as follows:**

July 1, 2003 –
*{Wages/benefits are the same as those contained in the current agreement as allocated by the most recent survey.}*

### 9 Counties Area

$1.00 to be allocated to Wages
$ .15 to be allocated to Health & Welfare
$ .10 to be allocated to Vacation

### 3 Counties and 34 Counties Areas:

$ .25 to be allocated to Wages
$ .15 to be allocated to Health & Welfare
$ .10 to be allocated to Vacation

9 Counties Area: Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, Santa Clara, Solano & Sonoma.

3 Counties Area: Monterey, San Benito & Santa Cruz.

34 Counties Area: Alpine, Amador, Butte, Calaveras, Colusa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Mariposa, Mendocino, Merced, Modoc, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo & Yuba.

**August 1, 2003 -**

    <u>All Areas</u> - <$.75>
       For extended employers, waive $.75 per hour for a seven (7) month period.
       (August 1, 2003 through February 29, 2004):

          $.49 from Work Fee (Supplemental Dues)
          $.09 from Industry Promotion
          $.04 from UBC Health & Safety, UBC National Apprenticeship
          $.06 from Contract Work Preservation
          $.07 from Carpenter Employers Contract Administration

*{This is a reduction of Work Fee and Employer Funds. This will lower the taxable gross pay of covered employees}*

**July 1, 2004 -**

    <u>All Areas</u> - $1.75

        $ .50 to be allocated to Wages
        $1.00 to be allocated to Health & Welfare
        $ .15 to be allocated to Pension
        $ .05 to be allocated to Vacation
        $ .05 to be allocated to Training

        Work Fees to be increased by 1/8% to 2.375%

**July 1, 2005 -**

    <u>All Areas</u> - $2.00

        $1.00 to be allocated to Wages
        $ .50 to be allocated to Health and Welfare and up to .25 additional, if necessary*
        $ .20 to be allocated to Pension
        $ .05 to be allocated to Vacation
        $ .25 to be allocated to Annuity and / or Health and Welfare

      *If needed to maintain existing benefits, as determined by the Trustees, an additional matching amount of up to $.25 shall be contributed by Employers.
      (Additional $.25 included in total)

**July 1, 2006 -**

    <u>All Areas</u> - $2.00

        $1.00 to be allocated to Wages
        $ .50 to be allocated to Health & Welfare
        $ .15 to be allocated to Pension
        $ .05 to be allocated to Vacation
        $ .05 to be allocated to Training
        $ .25 to be allocated to Annuity and / or Health and Welfare

        Work Fees to be increased by 1/8% to 2.5%

July 1, 2007 -

All Areas - $2.00

$1.00 to be allocated to Wages
$ .50 to be allocated to Health and Welfare and up to.25 additional, if necessary*
$ .20 to be allocated to Pension
$ .05 to be allocated to Vacation
$ .25 to be allocated to Annuity and / or Health and Welfare

*If needed to maintain existing benefits, as determined by the Trustees, an additional matching amount of up to $.25 shall be contributed by Employers.
(Additional $.25 included in total)
Employers that elect not to extend their agreement with the Union in 2007 shall be required to contribute an additional $.50 per hour to the Building Industry Trust Fund.

*The Union reserves the right to reallocate wage and fringe benefit amounts during the term of the agreement, excluding the minimum pre-allocated Health & Welfare amounts.*

# The following changes apply to the "$25 Million Dollar Clause" in the 3 and 34 County areas:

## July 1, 2003

For employers signed to the new agreement, projects with a total base bid value of $25 million or more in the 3 and 34 Counties areas, bid or negotiated after the effective date of this Agreement and prior to July 1, 2004, wage rates for the duration of the project shall be $3.50 per hour above the applicable 3 or 34 Counties' wage rates, with the exception of wood frame residential construction of 3 stories or less which shall not be subject to this provision. Existing projects shall be grandfathered at July 1, 2003 rates for the remainder of the project.

## July 1, 2004

For projects with a total base bid value of $50 million or more in the 3 and 34 Counties areas, bid or negotiated on or after July 1, 2004 and prior to July 1, 2007, wage rates for the duration of the project shall be $3.50 per hour above the applicable 3 or 34 Counties' wage rates, with the exception of wood frame residential construction of 3 stories or less which shall not be subject to this provision.

## July 1, 2007

For projects with a total base bid value of $50 million or more in the 3 and 34 Counties areas, bid or negotiated on or after July 1, 2007, wage rates for the duration of the project shall be the applicable 3 or 34 Counties' wage rates.

# The existing Substance Abuse Policy shall be modified as follows:

The parties agree to allow employers to use, on a voluntary basis, the Avitar oral fluid test or an equivalent approved by the bargaining parties as an effective low-cost tool for substance abuse screening for pre-hire, time of dispatch screening only. Testing procedures shall be conducted in a manner consistent with the product manufacturers' specifications and shall utilize the ORALscreen OSR device, in an effort to produce the most consistent and accurate results possible.
*{Dispatched members who fail this saliva pre- test will be sent for standard urine testing.}*

The parties agree to adopt both the post-accident testing and Teamsters Alcohol Rehabilitation Program (T.A.R.P.) provisions contained in the Northern California Construction Teamsters Joint

3

Labor-Management Substance Abuse Policy, subject to unilateral management approval. The cost of administration for the T.A.R.P. shall be provided through an additional contribution by all individual employers to the Health & Welfare Trust.
*{Members who are directly, or indirectly, involved in work related accidents involving property damage or bodily injury that requires medical care or work related accidents which would likely result in property damage or bodily injury shall be subject to testing. The innocent victims of an accident will not be subject to a test unless probable cause exists. T.A.R.P. is a confidential, comprehensive substance abuse recovery program.}*

## Modify Apprenticeship provisions of Section 39 (Wage Rates) to read as follows:

"An individual employer ~~may~~ **shall** employ apprentices only in accordance with the provisions of this Agreement and the applicable rules and regulations of the Carpenters Training Committee and the Apprenticeship Standards."

Remove:

Subject to applicable law, the parties shall use their best efforts to employ apprentices.

Add:

Any individual employer employing five (5) journeymen shall, while employing five (5) journeymen, also employ at least one (1) apprentice. For each additional five (5) journeymen then in his employ, he shall employ at least one (1) additional apprentice."

## Additional Language Changes:

The term "Supplemental Dues" shall be changed to "Work Fee".

Add "Willits" to the cities listed in Section 1(a) of Appendix A (Subsistence).

Move the provisions setting forth the four designated off days for each year from Section 24 (Work Week) to Section 25 (Holidays).

## The parties agree to amend and extend the following Carpenters Work Preservation Committee decisions, for the duration of the extended Agreement, as follows:

Private Work- ~~$2~~ **$5** Million or less

For projects bid or negotiated on or after the effective date of this Agreement, the wage rates on all privately financed construction work coming within the recognized jurisdiction of the Union of ~~$2,000,000~~ **$5,000,000** or less in the 34 Counties area shall be eighty percent (80%) of the journeyman wage rates set forth in the Master Labor Agreement. Fringe benefits shall be paid in accordance with the Master Labor Agreement.

Renew Memorandum of Understanding, modifying Section 50 (Subcontracting) as per terms of CWPC Case No. 9109 for duration of extended Carpenters 46 Northern California Counties Master Agreement.

## All other terms and conditions of the 1999-2004 Master Labor Agreement by and between the Construction Employers Association and the Carpenters 46 Northern California Counties Conference Board shall remain unchanged.