# CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES MEMORANDUM AGREEMENT

057769

It is hereby mutually understood and agreed by and between the undersigned individual employer or association and the Carpenters 46 Northern California Counties Conference Board, for and on behalf of the Regional Council (NCCRC) and all of its affiliated Local Unions in the 46 Northern California Counties, hereinafter referred to as "Union," that for and in consideration of services performed and to be performed by carpenters for the individual employer, the individual employer or association agrees to comply with all wages, hours, and working conditions set forth in the Carpenters Master Agreement for Northern California effective July 1, 2003 through June 30, 2008 (which Agreement is incorporated herein by reference and a copy of which has been delivered to me and receipt of which is hereby expressly acknowledged), which amends, modifies, supplements and renews each and every, all and singular, previous Carpenters Master Agreements or individual employer Memorandum Agreements in the construction industry in the 46 Northern California Counties, and any future modifications, changes, amendments, supplements, extensions or renewals of or to said Master Agreement which may be negotiated between the parties thereto for the term thereof. The Union has requested recognition as the Section 9(a) representative of the employees covered by this agreement and has demonstrated or offered to demonstrate through authorization cards that it has the support of the majority of the employees. The Employer has satisfied itself that the Union does in fact represent a majority of its employees and hereby recognizes the Union as the Section 9(a) representative of the employees.

The term "Master Agreement" referred to in this Memorandum Agreement shall be the Master Agreement referred to above or any other agreement designated in writing by the Union as the "Master Agreement" for a term or period subsequent to May 1, 1986 or any subsequent modifications, changes, amendments, supplements, extensions or renewals of or to said designated Master Agreement.

The individual employer by executing this Memorandum Agreement continues to be bound by each and every of the Memorandum Agreements previously signed by said individual employer, if any, for all work performed by said individual employer as described in said Master Agreement and as covered by said Master Agreement regardless of the name or style of doing business or method of organization of any individual employer entity including but not necessarily limited to any activity as a contractor, subcontractor, owner, developer or construction manager and specifically applies to any company, firm or corporation in the construction industry with which or to which the undersigned has any connection of any nature or kind whatsoever.

The individual employer agrees to pay all sums of money for each hour paid for or worked by employees performing work covered by said Master Agreement to each and every, all and singular, of the Trust Funds specified in said Master Agreement and to accept, assume, and be bound by, all of the obligations of any Trust Agreement, Plan or Rules, or any amendments, modifications or changes thereof made by the parties thereto, as are now or may hereafter be imposed upon any individual employer by or pursuant to any such Trust, Trust Fund or Plan as set forth in the Master Agreement or any applicable Trust Agreement.

The individual employer further agrees that he or it does irrevocably designate and appoint the employer members of said Trust Funds and Plans mentioned in the Master Agreement as his or its attorneys in fact for the selection, removal and substitution of Trustees or Board members as provided in the Trust Agreements or Plans as may be hereinafter provided by or pursuant to said Trust Agreements or Plans.

Notwithstanding any provision of the Master Agreement or this agreement, it is understood that the individual employer is required to give written notice to the Union at 265 Hegenberger Road, Suite 220, Oakland, California 94621-1480 of the name or names of any entity, person, firm or corporation engaged in the construction industry with which the undersigned becomes or is now connected and any change of name or style under which the undersigned will be or is engaged in the construction industry in the territory covered by said Master Agreement. Such written notice must be given no less than ten (10) days prior to the date of any such change of name, new corporation, change of corporate status, creation or formation of any entity, etc.

The Union agrees to perform all of the provisions of the agreement hereinabove referred to.

This agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the individual employer, including any name or style under which business is conducted with respect to work covered by this Agreement.

Notwithstanding any provision of the Master Agreement or this Agreement, the individual employer agrees that upon a showing by the Union or any of its affiliates that a majority of the individual employer's shop employees, if any, have designated the Union or any of its affiliates as their representative for collective bargaining purposes, the individual employer shall recognize the Union and/or its affiliates as the collective bargaining representative of its shop employees and shall forthwith comply with all wages, hours, terms and conditions of the then applicable Millmen's Master Agreement for the term thereof. Proof of such majority representation shall be established by the submission of authorization cards to a neutral third person who shall compare the signatures with appropriate employee records. The individual employer shall fully cooperate with any effort upon demand by the Union or any of its affiliates. Except as set forth below the individual employer waives any right that he otherwise might have to abrogate, repudiate or cancel this Agreement during its term, or during the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement, or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Agreement shall remain in full force and effect until June 30th, 2008, and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel this Memorandum Agreement not less than sixty (60) days prior to June 30, 2008, or June 30th of any year in which the Master Agreement may be terminated. Neither this Agreement nor the Carpenters Master Agreement for Northern California, which is incorporated herein, may be changed or modified in any way without the written approval by the Chairman or Executive Director of the Union.

**UNION:** Carpenters 46 Northern California Counties Conference Board for and on behalf of the Regional Council and all of its affiliated Local Unions in the 46 Northern California Counties

_____
Robert Alvarado, Chairman

_____
Bill Feyling, Executive Director

**EMPLOYER:** E. Ugarte Inc. dba
K. Nelson Concrete Co
PRINT – Name of Individual Employer or Association

_____
Signature of Individual Employer or Authorized Representative

P.O. Box 61238
Address

Palo Alto, CA 94306
City and State (Include Zip Code)

Local Union or Regional Council: CARPENTERS L.U. 505 APTOS, CA.

_____
By Union Representative

Contractor's License Number(s): 807097

Title (RME, RMO, Partner, Owner, etc.): President

Date Signed: 01.03.06

Telephone Number: 650 948 0010

Effective Date: 01.04.06

Fax Number: 650 948 8027

**RECEIVED JAN 16** Employer Acct.

JAN 11 2006

WHITE – Fund Copy, CANARY – 46 Counties Conference Board Copy, PINK – Union Copy, GOLDENROD – Employer's Copy    (104)