Bond No. 6350563
Premium: Included
Executed in Three (3)
Identical Counterparts

### SECTION 00610

### LABOR AND MATERIAL PAYMENT BOND

KNOW ALL PERSONS BY THESE PRESENTS that we, <u>Zolman Construction & Development, Inc. \*\*\*</u> as Principal, and <u>Safeco Insurance Company of America</u> as Surety, are held and firmly bound unto **CABRILLO COMMUNITY COLLEGE DISTRICT** hereinafter "the Obligee," in the penal sum of <u>Three Million Four Hundred Seventy \*</u> Dollars ($\*\* ) in lawful money of the United States, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally.   \* Thousand and no/100     \*\* $3,470,000.00

### THE CONDITION OF THIS OBLIGATION IS SUCH THAT:

**WHEREAS**, the Obligee, by resolution of its Board of Trustees has awarded to the Principal a Contract for the Work described as: **CABRILLO COLLEGE STUDENT SERVICES CENTER.**

Bid Package No: <u>4 & 5</u>    <u>Foundations, Structure Foundation Excavation, Cast-in-Place Concrete, Site Concrete, Rebar and Masonry</u>
(Bid Package Description)

**WHEREAS**, the Principal, has entered into an Agreement with the Obligee for performance of the Work, the Agreement and all other Contract Documents set forth therein are incorporated herein by this reference and made a part hereof.

**WHEREAS**, by the terms of the Contract Documents, the Principal is required to furnish a bond for the prompt, full and faithful payment to any Claimant, as hereinafter defined, for all labor materials or services used, or reasonably required for use, in the performance of the Work.

**NOW THEREFORE**, If the Principal shall promptly, fully and faithfully make payment to any Claimant for all labor, materials or services used or reasonably required for use in the performance of the Work then this obligation shall be void; otherwise, it shall be, and remain, in full force and effect.

The term "Claimant" shall refer to any person, corporation, partnership, proprietorship or other entity including without limitation, all persons and entities described in California Civil Code §3181, providing or furnishing labor, materials or services used or reasonably required for use in the performance of the Work under the Contract Documents, without regard for whether such labor, materials or services were sold, leased or rented. This Bond shall inure to the benefit of all Claimants so as to give them, or their assigns and successors, a right of action upon this Bond.

In the event suit is brought on this Bond by any Claimant for amounts due such Claimant for labor, materials or services provided or furnished by such Claimant, the Surety shall pay for the same and reasonable attorneys fees pursuant to California Civil Code §3250.

The Surety, for value received, hereby stipulates and agrees that no change, extension of time, alteration, deletion, addition, or any other modification to the terms of the Contract Documents, the Work to be performed thereunder, the Specifications or the Drawings, or any other portion of the Contract Documents, shall in any way limit, restrict or otherwise affect its obligations under this Bond; the Surety hereby waives notice from the Obligee of any such change, extension of time, alteration, deletion, addition or other modification to the Contract Documents, the Work to be performed under the Contract Documents, the Drawings or the Specifications of any other portion of the Contract Documents.

\*\*\* Synergy Project Management

IN WITNESS WHEREOF, the Principal and Surety have executed this instrument this 24th day of May 20 05 by their duly authorized agents or representatives.

By: _____

(Principal's Corporate Seal)

Zolman Construction & Development, Inc. ***
(Principal Name)

By: _____
(Signature)

Reza Zolfaghari, Ph.D.
(Typed or Printed Name)

Executive Vice President
(Title)

(Surety's Corporate Seal)

By: _____

(Attach Attorney-in-Fact Certificate)

Safeco Insurance Company of America
(Surety Name)

By: _____
(Signature of Attorney-in-Fact for Surety)

Anthony F. Angelicola, Attorney-In-Fact
(Typed or Printed Name)

(415) 543-0111
(Area Code and Telephone Number of Surety)

* Synergy Project Management

Cabrillo College Student Services Center
2070-008-00 – CD Bid Set

February 17, 2005

Labor and Material Payment Bond
00510 - 2

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of San Francisco  } ss.

On 5/24/2005 before me, Antoinette M. Florez, Notary Public,
personally appeared Anthony F. Angelicola

☒ personally known to me
☐ ~~proved to me on the basis of satisfactory evidence~~

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: ANTOINETTE M. FLOREZ, Commission # 1557018, Notary Public - California, San Francisco County, My Comm. Expires Mar 6, 2009]

_Signature of Notary Public_

---------- OPTIONAL ----------

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# Safeco

## POWER OF ATTORNEY

Safeco Insurance Companies
PO Box 34526
Seattle, WA 98124-1526

No. 13169

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does each hereby appoint

****************************************ANTHONY F. ANGELICOLA; CECILY M. GIPSON; San Francisco, California****************************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this 13th day of May, 2005

_Stephanie Daley-Watson_
**STEPHANIE DALEY-WATSON, SECRETARY**

_Mike Peters_
**MIKE PETERS, PRESIDENT, SURETY**

### CERTIFICATE

Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA:

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
(i) The provisions of Article V, Section 13 of the By-Laws, and
(ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
(iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson, Secretary of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this 24th day of May, 2005

 

_Stephanie Daley-Watson_
**STEPHANIE DALEY-WATSON, SECRETARY**

S-0974/DS 4/05

Safeco and the Safeco logo are registered trademarks of Safeco Corporation.

WEB PDF