


**CARPENTER FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC.**

265 HEGENBERGER ROAD • SUITE 100 • OAKLAND, CALIFORNIA 94621
P.O. BOX 2280 • (510) 633-0333 • (888) 547-2054

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5383

October 2, 2006

Fax: (415) 467-3002

**RECEIVED**
OCT 06 2006
**WR & R**

ATTN: JAVAD MIRISAIDI
SYNERGY PROJECT MANAGEMENT
101 CRESCENT WAY #2407
SAN FRANCISCO, CA 94134-3363

RE: STOP NOTICE
    KEVIN NELSON CONCRETE CONSTRUCTION          ctf: 57769
PROJECT: CABRILLO COLLGE STUDENT ACTIVITIES CENTER;
    6500 SOQUEL DRIVE, APTOS, CA 95003

Mr. Mirisaidi,

Please find enclosed a copy of the Stop Notice along with a copy of certified payroll records for the above referenced project.

If you have any questions, please call me at (510) 639-3977 or fax (510) 562-5960.

Very Truly Yours,

*Clayton Walton*

**CLAYTON WALTON** – Field Agent

cc: Michael Plommer – Senior Field Agent
    Christian Raisner – Weinberg, Roger & Rosenfeld
    Kristina Hillman - Weinberg, Roger & Rosenfeld
    Employer File

Health and Welfare / Pension / Vacation / Training / Annuity / Industry Advancement

CF-6

1  RETURN TO: USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

2  CHRISTIAN L. RAISNER, SBN: 133839
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone: (510) 337-1001
5  Facsimile: (510) 337-1023

6
   Re:        ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY
7             PROJECT MANAGEMENT, CONTRACTOR;
              KEVIN NELSON CONCRETE CONSTRUCTION, SUB-CONTRACTOR
8  Project:   CABRILLO COLLEGE STUDENT ACTIVITIES CENTER;
9             6500 SOQUEL DRIVE, APTOS, CA 95003
   To:        attn: Rob Ingram, Project Manager
10            CABRILLO COLLEGE
              FACILITIES PLANNING & DEVELOPMENT, BLDG. 2030
11            6500 SOQUEL DRIVE
              APTOS, CA 95003
12
   Cc:        Attn: JABAD MIRSAIDI & JAVAD ZOLFAGHARI
13            ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY
              PROJECT MANAGEMENT
14            101 CRESCENT WAY #2407
              San Francisco, CA 94134-3363
15
   Cc:        Attn: Edgar Ugarte
16            KEVIN NELSON CONCRETE CONSTRUCTION
              4011 Manzana Lane
17            Palo Alto, CA 994306

   Claimants: Carpenters Health and Welfare Trust Fund for California, Carpenters Pension
18            Trust Fund for Northern California, Carpenters Vacation and Holiday Trust
              Fund for Northern California, Apprentice/Journeyman Training Trust Fund
19            for Northern California, Carpenters Annuity Trust Fund for Northern
              California, Industry Advancement, and the Contract Work Preservation Fund,
20            administered by the Carpenters Funds Administrative Office of Northern
              California, Inc., 265 Hegenberger Road, Suite 100, Oakland, CA 94621-1480
21
                            ORIGINAL STOP NOTICE
22                    (Public Works – Benefit Contributions)

23       YOU ARE HEREBY NOTIFIED that Carpenters Health and Welfare Trust Fund for

24  California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and

25  Holiday Trust Fund for Northern California, Apprentice/Journeyman Training Trust Fund for

26  Northern California, Carpenters Annuity Trust Fund for Northern California, Industry

27  Advancement, and the Contract Work Preservation Fund (hereinafter referred to collectively as

28  "Trust Funds Claimants"), being express trust funds established pursuant to collective bargaining

    agreements and within the meaning of California Civil Codes §§ 3089 and 3110 are entitled to

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006                                                                                    1 of 5

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

collect fringe benefit contributions, owing but unpaid and arising out of carpentry work furnished by employees of **KEVIN NELSON CONCRETE CONSTRUCTION**, pursuant to that certain contract made between **CABRILLO COMMUNITY COLLEGE and ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY PROJECT MANAGEMENT, CONTRACTOR**, to be used and actually used in that certain work of improvement consisting of the:

**CABRILLO COLLEGE STUDENT ACTIVITIES CENTER;**
**6500 SOQUEL DRIVE, APTOS, CA 95003**

The owner or reputed owner of said property is:

**CABRILLO COMMUNITY COLLEGE;**
**6500 SOQUEL DRIVE, APTOS, CA 95003**

The employer of carpenters named below has failed to pay part of the wage package, namely, fringe benefit contributions and that the claim for unpaid contributions was and is: Carpenters Health and Welfare Trust Fund for California, **$19,150.25**; Carpenters Pension Trust Fund for Northern California, **$4,637.42**; Carpenters Vacation and Holiday Trust Fund for Northern California, **$6,708.32**; Apprentice/Journeyman Training Trust Fund for Northern California, **$1,069.37**; the Carpenters Annuity Trust Fund for Northern California, **$3,772.02**; Industry Advancement, **$506.55**; and the Contract Work Preservation Fund, **$140.71**; (hereinafter referred to collectively as "Trust Fund Claimants"), on behalf of and on account of the carpentry work of employees for the months of January 2006 through February 2006, for a total of **2,814.14 hours** at rates set forth in the Collective Bargaining Agreement (Exhibit B). The total claim for unpaid contributions was and is **$35,984.64.**

The total requested amount of unpaid Fringe Benefits contributions that Employer is obligated to pay to the individual Claimant Funds for each labor hour was and is computed as follows:

| Carpenter | % hrs | | hrs | Rate | due | % due |
|---|---|---|---|---|---|---|
| Aguirre, Daniel | 11.54 | 0.9232 | 12.50 | $11.935 | $149.19 | $137.73 |
| Barroso, Maria | 101.09 | 0.9232 | 109.50 | $8.535 | $934.58 | $862.81 |
| Borreson, Daniel | 136.63 | 0.9232 | 148.00 | $11.935 | $1,766.38 | $1,630.72 |
| Chavez, Jose | 339.74 | 0.9232 | 368.00 | $15.135 | $5,569.68 | $5,141.93 |

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

2 of 5

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

| Name | | | | | |
|---|---|---|---|---|---|
| Cusimano, Dominic | 42.93 | 0.9232 | 46.50 | $15.135 | $703.78 | $649.73 |
| Douglas, Bradley | 3.69 | 0.9232 | 4.00 | $15.135 | $60.54 | $55.89 |
| Fernandez, Cesar | 190.64 | 0.9232 | 206.50 | $11.935 | $2,464.58 | $2,275.30 |
| Franco, Alberto | 104.78 | 0.9232 | 113.50 | $8.535 | $968.72 | $894.32 |
| Garcia, Jesus | 53.08 | 0.9232 | 57.50 | $11.935 | $686.26 | $633.56 |
| Gonzales, Henry | 16.62 | 0.9232 | 18.00 | $15.135 | $272.43 | $251.51 |
| Gray Jr, Edmund | 76.16 | 0.9232 | 82.50 | $15.135 | $1,248.64 | $1,152.74 |
| Ham, John | 112.17 | 0.9232 | 121.50 | $8.535 | $1,037.00 | $957.36 |
| Larsen, Robert | 199.41 | 0.9232 | 216.00 | $8.535 | $1,843.56 | $1,701.97 |
| Manos, John | 16.16 | 0.9232 | 17.50 | $15.135 | $264.86 | $244.52 |
| McCarthy, Marcelle M | 132.48 | 0.9232 | 143.50 | $15.135 | $2,171.87 | $2,005.07 |
| Osorio, Chris | 25.39 | 0.9232 | 27.50 | $15.135 | $416.21 | $384.25 |
| Pena Jr, John | 116.78 | 0.9232 | 126.50 | $15.135 | $1,914.58 | $1,767.54 |
| Petersen, Glenn | 183.95 | 0.9232 | 199.25 | $15.135 | $3,015.65 | $2,784.05 |
| Robison, Gregory | 192.03 | 0.9232 | 208.00 | $15.135 | $3,148.08 | $2,906.31 |
| Sanders, Michael | 128.32 | 0.9232 | 139.00 | $15.135 | $2,103.77 | $1,942.20 |
| Serrano, Marcos | 133.86 | 0.9232 | 145.00 | $15.135 | $2,194.58 | $2,026.03 |
| Serrano, Marcos A | 141.25 | 0.9232 | 153.00 | $8.535 | $1,305.86 | $1,205.57 |
| Toft, Lonnie | 16.16 | 0.9232 | 17.50 | $15.135 | $264.86 | $244.52 |
| Valentine, Roderte | 314.35 | 0.9232 | 340.50 | $11.935 | $4,063.87 | $3,751.76 |
| Wang, Jason | 24.93 | 0.9232 | 27.00 | $15.135 | $408.65 | $377.26 |
| Totals | 2,814.14 | | 3048.25 | | $38,978.16 | $35,984.64 |

There is now due and owing and unpaid Fringe Benefits contributions for work performed on the above-referenced property by employees of Employer, the sum of **$35,984.64**, in lawful money of the United States, after deducting all just credits and offsets, and the same has not been paid.

All of said labor was so furnished and contracted to be furnished as aforesaid for said work of improvement as a whole, without any segregation as to the amount due Claimants for the work performed by carpentry employees of **KEVIN NELSON CONCRETE CONSTRUCTION** on such buildings separately; that for the purposes of § 3130 of the Civil Code of the State of California, Claimants estimate an equitable distribution of the sum due them over all of said buildings based upon the proportionate amount of work performed upon the respective buildings, and states that an equal amount is due them on each of said buildings (or otherwise as the case may be).

Claimants are informed and believe that thirty (30) days have not elapsed since recordation of any Notice of Completion of said work of improvement was filed, and are further informed and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

3 of 5

1. believe that ninety (90) days have not expired or elapsed since the completion and or use and/or

   USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

2. occupancy of said work if improvement.

3. Wherefore, the undersigned claims the benefit of the law given to laborers, materialmen and others under and by virtue of the provisions of Division 3, Title 15, Section 3103 and Sections 3082 through 3267 of the Civil Code of California, and prays that you withhold from said original contractor, **ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY PROJECT MANAGEMENT, CONTRACTOR**, sufficient money that may be due him (it) or that may become due him (it) for said work to answer and pay the amount of this claim, to wit, **$$35,984.64.**

Dated: **October 3, 2006**

_____
**GENE H. PRICE, ADMINISTRATOR** of the Carpenters Funds Administrative Office of Northern California, Inc., Authorized Agent and Representative of the Boards of Trustees of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Carpenters Apprenticeship and Training Trust Fund for Northern California, and the Carpenters Annuity Trust Fund for Northern California.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

4 of 5

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

## VERIFICATION

State of California          )
                             ) ss
City of Oakland, County of Alameda  )

I, **GENE H. PRICE**, am the ADMINISTRATOR of the Claimants' Agent herein. I have read the foregoing NOTICE AND CLAIM OF LIEN and know the contents thereof. I am informed and believe that the matters stated herein are true and, on that basis, I verify that the matters stated therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on **October 3, 2006**.

GENE H. PRICE - ADMINISTRATOR

## ACKNOWLEDGMENT

State of California          )
                             ) ss
City of Oakland, County of Alameda  )

On this **third day of October 2006**, before me, **Judy R. Coronado**, a Notary Public, in and for said County and State, personally appeared **GENE H. PRICE**, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacities, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

JUDY R. CORONADO
Commission # 1419851
Notary Public - California
Alameda County
My Comm. Expires May 23, 2007

Judy R. Coronado
Notary Public

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006                                                                                          5 of 5