STEWART WEINBERG
DAVID A ROSENFELD
WILLIAM A SOKOL
VINCENT A HARRINGTON JR
W DANIEL BOONE
BLYTHE MICKELSON
BARRY E HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L RAISNER
JAMES J WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J GAUGER
ASHLEY K IKEDA ••
LINDA BALDWIN JONES
PATRICIA A DAVIS
ALAN G CROWLEY
J. FELIX DE LA TORRE
KRISTINA L HILLMAN ••••
ANDREA LAIACONA
EMILY P. RICH

LORI K AQUINO ••
ANNE I. YEN
NICOLE M PHILLIPS
BRUCE A HARLAND
CONCEPCIÓN E LOZANO-BATISTA
CAREN P. SENCER
LINELLE S. MOGADO
MANJARI CHAWLA
KRISTINA M ZINNEN
JANNAH V MANANSALA
MANUEL A BOIGUES ••••
KERIANNE R. STEELE
ANA M. GALLEGOS
GARY P. PROVENCHER

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada
•••• Also admitted in Illinois

# WEINBERG, ROGER & ROSENFELD
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

December 6, 2007

VIA CERTIFIED MAIL (RETURN RECEIPT REQUESTED)

Safeco Insurance Company of America
Jere Keprios, Agent for Service of Process in California
C/O CT Corporation
818 West Seventh Street
Los Angeles, CA 90017

Safeco Insurance Company of America; Safeco Surety
1390 Willow Pass Road, Ste 900
Concord, CA 94520

Jabad Mirsaidi & Javad Zolfaghari
Zolman Construction & Development and Synergy Project Management, Contractor
Project Management
101 Crescent Way #2407
San Francisco, CA 94134-3363

Re:  **Payment Bond No. 6350563**
 Project:    Cabrillo College Student Services Center
 Owner:     Cabrillo Community College
 Principal:  Zolman Construction & Development, Inc.
 Claimants: Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Training Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California, Industry Advancement, and the Contract Work Preservation Fund, administered by the Carpenters Funds Administrative Office of Northern California, Inc., 625 Hegenberger Road, Suite 100, Oakland, CA 94621-1480

Dear Gentleman:

To the extent that <u>further</u> notice may be required pursuant to Civil Code Sections 3252(b) and 3227, YOU ARE HEREBY NOTIFIED that the above-referenced claimants, being express trust funds established pursuant to collective bargaining agreements and within the meaning of California Civil Code Sections 3089 and 3110 are entitled to collect fringe benefit contributions in the amount of **$35,984.64**, owing but unpaid and arising out of carpentry work furnished by

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA 90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881

December 5, 2007
Page 2

employees of KEVIN NELSON CONCRETE CONSTRUCTION, pursuant to that certain contract made between CABRILLO COMMUNITY COLLEGE and ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY PROJECT MANAGEMENT, CONTRACTOR, to be used and actually used in that certain work of improvement consisting of the:

CABRILLO COLLEGE STUDENT ACTIVITIES CENTER;
6500 SOQUEL DRIVE, APTOS, CA 95003

The owner or reputed owner of said property is:

CABRILLO COMMUNITY COLLEGE:
6500 SOQUEL DRIVE, APTOS, CA 95003

Attached herewith is a copy of the original Stop Notice served upon CABRILLO COMMUNITY COLLEGE which provides the basis of the Claimants' claims, including the kind of labor furnished, the name of the persons who provided the labor, and the amount in value of labor furnished or to be furnished. Claimants are informed and believe that Safeco Insurance Co. of America, as Surety, and Zolman Construction and Development, Inc., as Principal, executed a payment bond in connection with the Cabrillo Community College Student Activities Center. In addition to the claims provided in the attached Stop Notice, the payment bond executed between Safeco Insurance Co. of America and Zolman Construction and Development, Inc. provides for payment in full of claims of all claimants and is by its terms made to inure to the benefit of all claimants to give them a right of action to recover on the bond in this action. Claimants therefore demand that $35,984.64 be paid by Safeco Insurance Co. of America to satisfy their claims. Please contact myself or Chris Raisner at the phone number and address listed above should you have any questions or concerns.

Sincerely,

*Jannah Manansala*

Jannah V. Manansala
WEINBERG, ROGER & ROSENFELD
Attorneys for Claimants

JVM/sm
opeiu 3 afl-cio(1)
cc:   Edgar Ugarte
      Doug Deaver, Project Manager

December 5, 2007
Page 3

bcc:  Ross Chavolla
      Chris Raisner
      Jim Wesser

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

1  RETURN TO:

2  CHRISTIAN L. RAISNER, SBN: 133839
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone: (510) 337-1001
5  Facsimile: (510) 337-1023

   COPY

6  Re:      ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY
7           PROJECT MANAGEMENT, CONTRACTOR;
            KEVIN NELSON CONCRETE CONSTRUCTION, SUB-CONTRACTOR

8  Project: CABRILLO COLLEGE STUDENT ACTIVITIES CENTER;
            6500 SOQUEL DRIVE, APTOS, CA 95003
9
   To:      attn: Rob Ingram, Project Manager
10          CABRILLO COLLEGE
            FACILITIES PLANNING & DEVELOPMENT, BLDG. 2030
11          6500 SOQUEL DRIVE
            APTOS, CA 95003

12 Cc:      Attn: JABAD MIRSAIDI & JAVAD ZOLFAGHARI
            ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY
13          PROJECT MANAGEMENT
            101 CRESCENT WAY #2407
14          San Francisco, CA 94134-3363

15 Cc:      Attn: Edgar Ugarte
            KEVIN NELSON CONCRETE CONSTRUCTION
16          4011 Manzana Lane
            Palo Alto, CA 994306

17 Claimants: Carpenters Health and Welfare Trust Fund for California, Carpenters Pension
18            Trust Fund for Northern California, Carpenters Vacation and Holiday Trust
              Fund for Northern California, Apprentice/Journeyman Training Trust Fund
              for Northern California, Carpenters Annuity Trust Fund for Northern
19            California, Industry Advancement, and the Contract Work Preservation Fund,
              administered by the Carpenters Funds Administrative Office of Northern
20            California, Inc., 265 Hegenberger Road, Suite 100, Oakland, CA 94621-1480

21                              ORIGINAL STOP NOTICE
                             (Public Works – Benefit Contributions)
22
       YOU ARE HEREBY NOTIFIED that Carpenters Health and Welfare Trust Fund for
23
   California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and
24
   Holiday Trust Fund for Northern California, Apprentice/Journeyman Training Trust Fund for
25
   Northern California, Carpenters Annuity Trust Fund for Northern California, Industry
26
   Advancement, and the Contract Work Preservation Fund (hereinafter referred to collectively as
27
   "Trust Funds Claimants"), being express trust funds established pursuant to collective bargaining
28
   agreements and within the meaning of California Civil Codes §§ 3089 and 3110 are entitled to

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

1 of 5

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006



USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

1
2  collect fringe benefit contributions, owing but unpaid and arising out of carpentry work furnished
3  by employees of KEVIN NELSON CONCRETE CONSTRUCTION, pursuant to that certain
4  contract made between CABRILLO COMMUNITY COLLEGE and ZOLMAN
5  CONSTRUCTION & DEVELOPMENT AND SYNERGY PROJECT MANAGEMENT,
6  CONTRACTOR, to be used and actually used in that certain work of improvement consisting of
7  the:

　　　　CABRILLO COLLEGE STUDENT ACTIVITIES CENTER;
　　　　6500 SOQUEL DRIVE, APTOS, CA  95003

The owner or reputed owner of said property is:

　　　　CABRILLO COMMUNITY COLLEGE;
　　　　6500 SOQUEL DRIVE, APTOS, CA  95003

12  The employer of carpenters named below has failed to pay part of the wage package,
13  namely, fringe benefit contributions and that the claim for unpaid contributions was and is:
14  Carpenters Health and Welfare Trust Fund for California, $19,150.25; Carpenters Pension Trust
15  Fund for Northern California, $4,637.42; Carpenters Vacation and Holiday Trust Fund for
16  Northern California, $6,708.32; Apprentice/Journeyman Training Trust Fund for Northern
17  California, $1,069.37 ; the Carpenters Annuity Trust Fund for Northern California, $3,772.02;
18  Industry Advancement, $506.55; and the Contract Work Preservation Fund, $140.71; (hereinafter
19  referred to collectively as "Trust Fund Claimants"), on behalf of and on account of the carpentry
20  work of employees for the months of January 2006 through February 2006, for a total of 2,814.14
21  hours at rates set forth in the Collective Bargaining Agreement (Exhibit B).  The total claim for
22  unpaid contributions was and is $35,984.64.
23  The total requested amount of unpaid Fringe Benefits contributions that Employer is
24  obligated to pay to the individual Claimant Funds for each labor hour was and is computed as
25  follows:

| Carpenter | % hrs | | hrs | Rate | due | % due |
|---|---|---|---|---|---|---|
| Aguirre, Daniel | 11.54 | 0.9232 | 12.50 | $11.935 | $149.19 | $137.73 |
| Barroso, Maria | 101.09 | 0.9232 | 109.50 | $8.535 | $934.58 | $862.81 |
| Borreson, Daniel | 136.63 | 0.9232 | 148.00 | $11.935 | $1,766.38 | $1,630.72 |
| Chavez, Jose | 339.74 | 0.9232 | 368.00 | $15.135 | $5,569.68 | $5,141.93 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

2 of 5

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

| Name | | | | | |
|---|---|---|---|---|---|
| Cusimano, Dominic | 42.93 | 0.9232 | 46.50 | $15.135 | $703.78 | $649.73 |
| Douglas, Bradley | 3.69 | 0.9232 | 4.00 | $15.135 | $60.54 | $55.89 |
| Fernandez, Cesar | 190.64 | 0.9232 | 206.50 | $11.935 | $2,464.58 | $2,275.30 |
| Franco, Alberto | 104.78 | 0.9232 | 113.50 | $8.535 | $968.72 | $894.32 |
| Garcia, Jesus | 53.08 | 0.9232 | 57.50 | $11.935 | $686.26 | $633.56 |
| Gonzales, Henry | 16.62 | 0.9232 | 18.00 | $15.135 | $272.43 | $251.51 |
| Gray Jr, Edmund | 76.16 | 0.9232 | 82.50 | $15.135 | $1,248.64 | $1,152.74 |
| Ham, John | 112.17 | 0.9232 | 121.50 | $8.535 | $1,037.00 | $957.36 |
| Larsen, Robert | 199.41 | 0.9232 | 216.00 | $8.535 | $1,843.56 | $1,701.97 |
| Manos, John | 16.16 | 0.9232 | 17.50 | $15.135 | $264.86 | $244.52 |
| McCarthy, Marcelle M | 132.48 | 0.9232 | 143.50 | $15.135 | $2,171.87 | $2,005.07 |
| Osorio, Chris | 25.39 | 0.9232 | 27.50 | $15.135 | $416.21 | $384.25 |
| Pena Jr, John | 116.78 | 0.9232 | 126.50 | $15.135 | $1,914.58 | $1,767.54 |
| Petersen, Glenn | 183.95 | 0.9232 | 199.25 | $15.135 | $3,015.65 | $2,784.05 |
| Robison, Gregory | 192.03 | 0.9232 | 208.00 | $15.135 | $3,148.08 | $2,906.31 |
| Sanders, Michael | 128.32 | 0.9232 | 139.00 | $15.135 | $2,103.77 | $1,942.20 |
| Serrano, Marcos | 133.86 | 0.9232 | 145.00 | $15.135 | $2,194.58 | $2,026.03 |
| Serrano, Marcos A | 141.25 | 0.9232 | 153.00 | $8.535 | $1,305.86 | $1,205.57 |
| Toft, Lonnie | 16.16 | 0.9232 | 17.50 | $15.135 | $264.86 | $244.52 |
| Valentine, Roderte | 314.35 | 0.9232 | 340.50 | $11.935 | $4,063.87 | $3,751.76 |
| Wang, Jason | 24.93 | 0.9232 | 27.00 | $15.135 | $408.65 | $377.26 |
| Totals | 2,814.14 | | 3048.25 | | $38,978.16 | $35,984.64 |

There is now due and owing and unpaid Fringe Benefits contributions for work performed on the above-referenced property by employees of Employer, the sum of $35,984.64, in lawful money of the United States, after deducting all just credits and offsets, and the same has not been paid.

All of said labor was so furnished and contracted to be furnished as aforesaid for said work of improvement as a whole, without any segregation as to the amount due Claimants for the work performed by carpentry employees of KEVIN NELSON CONCRETE CONSTRUCTION on such buildings separately; that for the purposes of § 3130 of the Civil Code of the State of California, Claimants estimate an equitable distribution of the sum due them over all of said buildings based upon the proportionate amount of work performed upon the respective buildings, and states that an equal amount is due them on each of said buildings (or otherwise as the case may be).

Claimants are informed and believe that thirty (30) days have not elapsed since recordation of any Notice of Completion of said work of improvement was filed, and are further informed and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

3 of 5

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

1  believe that ninety (90) days have not expired or elapsed since the completion and or use and/or

3  occupancy of said work if improvement.

4        Wherefore, the undersigned claims the benefit of the law given to laborers, materialmen

5  and others under and by virtue of the provisions of Division 3, Title 15, Section 3103 and Sections

6  3082 through 3267 of the Civil Code of California, and prays that you withhold from said original

7  contractor, ZOLMAN CONSTRUCTION & DEVELOPMENT AND SYNERGY PROJECT

8  MANAGEMENT, CONTRACTOR, sufficient money that may be due him (it) or that may

9  become due him (it) for said work to answer and pay the amount of this claim, to wit, S$<u>35,984.64.</u>

11  Dated: <u>October 3, 2006</u>

12                                _____

13                                GENE H. PRICE, ADMINISTRATOR of the
Carpenters Funds Administrative Office of Northern
California, Inc., Authorized Agent and Representative of
the Boards of Trustees of the Carpenters Health and
Welfare Trust Fund for California, Carpenters Pension
Trust Fund for Northern California, Carpenters Vacation
and Holiday Trust Fund for Northern California,
Carpenters Apprenticeship and Training Trust Fund for
Northern California, and the Carpenters Annuity Trust
Fund for Northern California.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

4 of 5

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

USPS Certified, Return Receipt Requested #7002 2030 0000 3985 5307

## VERIFICATION

State of California     )
                        ) ss
City of Oakland, County of Alameda )

I, GENE H. PRICE, am the ADMINISTRATOR of the Claimants' Agent herein. I have read the foregoing NOTICE AND CLAIM OF LIEN and know the contents thereof. I am informed and believe that the matters stated herein are true and, on that basis, I verify that the matters stated therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on **October 3, 2006.**

_____
GENE H. PRICE - ADMINISTRATOR

## ACKNOWLEDGMENT

State of California     )
                        ) ss
City of Oakland, County of Alameda )

On this third day of October 2006, before me, Judy R. Coronado, a Notary Public, in and for said County and State, personally appeared GENE H. PRICE, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacities, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: JUDY R. CORONADO, Commission # 1419851, Notary Public - California, Alameda County, My Comm. Expires May 23, 2007]

_____
Judy R. Coronado
Notary Public

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

Norcal Carpenters Benefits StopNotice Kevin Nelson Concrete Construction/Cabrillo College Student Activities Ctr.
October 3, 2006

5 of 5



