| | |
|---|---|
| 1 | Keith A. Berlin, SBN 117754 |
| 2 | Public Agency Law Group |
|   | 222 North Sepulveda Blvd., Suite 1690 |
| 3 | El Segundo, CA 90245 |
|   | Telephone: 310-640-0800 |
| 4 | Facsimile: 310-640-0818 |
| 5 | Email for Keith Berlin: kberlin@palg.net |
| 6 | Attorneys for Defendant |
|   | Cabrillo Community College District |
| 7 | (erroneously sued herein as "Cabrillo Community College") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND, <br><br> PlaintiffS, <br><br> v. <br><br> E. UGARTE, INC., dba KEVIN NELSONCONCRETE CONSTRUCTION COMPANY, A California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, <br><br> Defendants. | CASE NO. C07 06399 PVT <br><br> **STIPULATION EXTENDING THE TIME FOR ANSWER OF CABRILLO COMMUNITY COLLEGE DISTRICT TO COMPLAINT OF ROBERT ALVARADO ET AL.** |

1

STIPULATION EXTENDING THE TIME FOR ANSWER – CASE NO.: C07 06399 PVT

1  IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFFS AND
2  DEFENDANT CABRILLO COMMUNITY COLLEGE DISTRICT, THROUGH THEIR
3  RESPECTIVE COUNSEL OF RECORD, as follows:
4   1. Pursuant to United States District Court for the Northern District of California
5   Local Rule No. 6-1, in light of the fact that it will not alter the date of any event or
6   any deadline already fixed by Court order, it is hereby stipulated that Defendant
7   Cabrillo Community College District shall have an extension of time within
8   which to answer or otherwise respond to Plaintiffs' Complaint and that said
9   extension of time shall be until and including February 27, 2008.

Dated: 2/23/08

WEINBERG, ROGER & ROSENFELD

By: *Jannah Manansala*
JANNAH V. MANANSALA
Attorneys for Plaintiffs

Dated: 2/25/08

PUBLIC AGENCY LAW GROUP

By: *Keith A. Berlin*
KEITH A. BERLIN
Attorneys for Defendant CABRILLO
COMMUNITY COLLEGE DISTRICT

2

STIPULATION EXTENDING THE TIME FOR ANSWER – CASE NO.: C07 06399 PVT