1  CHRISTIAN L. RAISNER, Bar No. 133839
   JANNAH V. MANANSALA, Bar No. 249376
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  Email for Chris Raisner: craisner@unioncounsel.net
   Email for Jannah Manansala: jmanansala@unioncounsel.net
6
7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         (SAN JOSE DIVISION)
11

12
   ROBERT ALVARADO, in his capacity as        )   Case No.    CV 07-06399 PVT
13 Trustee of the CARPENTERS HEALTH AND       )
   WELFARE TRUST FUND FOR NORTHERN            )
14 CALIFORNIA; CARPENTERS PENSION             )
   TRUST FUND FOR NORTHERN                    )   **PLAINTIFFS' CERTIFICATION
15 CALIFORNIA; CARPENTERS VACATION            )   OF INTERESTED ENTITIES OR
   AND HOLIDAY TRUST FUND FOR                 )   PERSONS PURSUANT TO CIVIL
16 NORTHERN CALIFORNIA;                       )   LOCAL RULE 3-16**
   APPRENTICE/JOURNEYMAN TRAINING             )
17 TRUST FUND FOR NORTHERN                    )
   CALIFORNIA; CARPENTERS ANNUITY             )
18 TRUST FUND FOR NORTHERN                    )
   CALIFORNIA; INDUSTRY                       )
19 ADVANCEMENT; AND THE CONTRACT              )
   WORK PRESERVATION FUND,                    )
20                                             )
              Plaintiffs,                      )
21                                             )
       v.                                      )
22                                             )
   E. UGARTE, INC., dba KEVIN NELSON          )
23 CONCRETE CONSTRUCTION COMPANY,            )
   a California Corporation; CABRILLO         )
24 COMMUNITY COLLEGE, a Public Entity;       )
   SAFECO INSURANCE COMPANY OF                )
25 AMERICA, a Washington Corporation,         )
                                               )
26            Defendants.                      )
                                               )
27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Plaintiffs' Certification of Interested Entities                              Case No. ____

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
3  the named parties, Plaintiffs Robert Alvarado, Carpenters Pension Trust Fund For Northern
4  California, Carpenters Vacation and Holiday Trust Fund For Northern California,
5  Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters Annuity Trust
6  Fund For Northern California, Industry Advancement, and The Contract Work Preservation Fund
7  (herein referred to collectively as "Plaintiffs") is not aware of any persons, associations of persons,
8  firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind)
9  in the subject matter in controversy or in a party to the proceeding, or there is no such interest to
10 report; or (ii) any other kind of interest that could be substantially affected by the outcome of the
11 proceeding.

12 Dated: March 18, 2008

13                         WEINBERG, ROGER & ROSENFELD
                           A Professional Corporation

15                 By: _/s/ Jannah Manansala_____
                         CHRISTIAN L. RAISNER
16                          JANNAH V. MANANSALA
                         Attorneys for Plaintiffs

114011/487440

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Plaintiffs' Certification of Interested Entities           Case No. _____