1  CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
   JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001, Fax 510.337.1023
   Attorneys for Plaintiffs
5
   KEITH ANDREW BERLIN, Bar No. 117754, kberlin@palg.net
6  PUBLIC AGENCY LAW GROUP
   222 North Sepulveda Blvd., Suite 1690
7  El Segundo, California 90245
   Telephone 310.640.0800, Fax 310.640.0818
8  Attorneys for Defendant Cabrillo Community College

9  CHAD CHRISTOPHER WILCOX, Bar No. 198498, ccwilcox@boothmitchel.com
   BOOTH, MITCHEL & STRANGE LLP
10 701 South Parker Street, Suite 6500
   Orange, California 92856-8155
11 Telephone 714.480.8500, Fax 714.480.8533
   Attorneys for Defendant Safeco Insurance Company of America

12
                    UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION
15
   ROBERT ALVARADO, in his capacity as    )  Case No.    CV 07-06399 PVT
16 Trustee of the CARPENTERS HEALTH AND   )
   WELFARE TRUST FUND FOR NORTHERN        )
17 CALIFORNIA; CARPENTERS PENSION         )  STIPULATED REQUEST FOR
   TRUST FUND FOR NORTHERN                )  ORDER CHANGING TIME AND
18 CALIFORNIA; CARPENTERS VACATION        )  [PROPOSED] ORDER
   AND HOLIDAY TRUST FUND FOR             )
19 NORTHERN CALIFORNIA;                   )  Case Mgmt. Conf. Date: April 8, 2008
   APPRENTICE/JOURNEYMAN TRAINING         )                          2:00 p.m.
20 TRUST FUND FOR NORTHERN                )
   CALIFORNIA; CARPENTERS ANNUITY         )
21 TRUST FUND FOR NORTHERN                )
   CALIFORNIA; INDUSTRY                   )
22 ADVANCEMENT; AND THE CONTRACT          )
   WORK PRESERVATION FUND,                )
23                                        )
              Plaintiffs,                 )
24                                        )
          v.                              )
25                                        )
   E. UGARTE, INC., dba KEVIN NELSON      )
26 CONCRETE CONSTRUCTION COMPANY,         )
   a California Corporation; CABRILLO     )
27 COMMUNITY COLLEGE, a Public Entity;    )
   SAFECO INSURANCE COMPANY OF            )
28 AMERICA, a Washington Corporation,     )
                                          )
              Defendants.                 )

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulated Request for Order Changing Time and [Proposed] Order        Case No. CV 07-06399 PVT

1          Pursuant to Local Civil Rules 6-1 and 6-2, Plaintiffs Robert Alvarado, Carpenters Pension

2    Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern

3    California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters

4    Annuity Trust Fund For Northern California, Industry Advancement, and The Contract Work

5    Preservation Fund (herein referred to collectively as "Plaintiffs"), Defendants Cabrillo Community

6    College ("Cabrillo") and Safeco Insurance Company of America ("Safeco") respectfully submit

7    their Stipulated Request for Order Changing Time.

8          The parties have met and conferred and have determined that there is a strong possibility of

9    early settlement of this case.  (Declaration of Jannah V. Manansala ("Manansala Decl.") ¶¶ 3-5)

10   The parties agree that it will benefit all parties in this litigation if all court appearances and

11   pleading deadlines required by the Court are postponed for a period of at least thirty (30) days

12   while the parties attempt to promptly resolve this litigation.  (Manansala Decl. ¶ 5)  Also, the

13   parties have agreed to jointly request to extend the deadline for initial disclosures to May 1, 2008.

14   (Manansala Decl. ¶ 6)  To date, there have been no other previous time modifications in the case,

15   either by stipulation or by Court order. (Manansala Decl. ¶ 6)  This request for time modification

16   will:

17       •   change the date of the Case Management Conference from April 8, 2008 to a date at least

18          (30) days thereafter;  (Manansala Decl. ¶ 6)

19       •   extend the deadline for initial disclosures from April 1, 2008 to May 1, 2008;  (Manansala

20          Decl. ¶ 6)

21       •   extend the deadline for the parties' Rule 26(f) Report and Joint Case Management

22          Statement from April 1, 2008 to May 1, 2008;  (Manansala Decl. ¶ 6) and

23       •   extend the deadline for any and all other court appearances or filing deadlines for a period

24          of at least thirty (30) days.  (Manansala Decl. ¶ 6)

25

26   ///

27   ///

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 2 -

Stipulated Request for Order Changing Time and [Proposed] Order       Case No. CV 07-06399 PVT

1    IT IS SO STIPULATED AND AGREED.

2    Dated: March   , 2008                    WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation
3

4                                            By: _Jannah Manansala_____
                                             CHRISTIAN L. RAISNER
5                                            JANNAH V. MANANSALA
                                             Attorneys for Plaintiffs
6

7    Dated: March 18, 2008                   PUBLIC AGENCY LAW GROUP

8                                            By: _Kit A. Berlin_____
9                                            KEITH ANDREW BERLIN
                                             Attorneys for Defendant Cabrillo Community
10                                           College

11
     Dated: March 14, 2008                   BOOTH, MITCHEL & STRANGE LLP
12

13                                           By: _____
                                             CHAD CHRISTOPHER WILCOX
14                                           Attorneys for Defendant Safeco Insurance Company
                                             of America
15

16   Pursuant to the foregoing stipulation, IT IS SO ORDERED.

17   The date for the case management conference is now:

18   _____ , 2008

19

20   DATED :           , 2008

21                                           By: _____
22                                           THE HONORABLE PATRICIA V. TRUMBULL
                                             United States Magistrate Judge
23

24

25

26   114011/487431

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 3 -