CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001, Fax 510.337.1023
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>Plaintiffs,<br>v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>Defendants. | Case No.    CV 07-06399 PVT<br><br>DECLARATION OF JANNAH V. MANANSALA IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME<br><br>Case Mgmt. Conf. Date: April 8, 2008<br>2:00 p.m. |

I, Jannah V. Manansala declare:

1.  I am an attorney of record for the Plaintiffs in this litigation.

2.  On March 13, 2008, I spoke with counsel for Defendant E. Ugarte, Inc. and he conveyed that he did not intend to participate in the early party conference for the instant litigation.

---

Declaration of J. Manansala in Support of Stipulated Request for Order Changing Time    Case No. CV 07-06399 PVT

3. On March 14, 2008, counsel for Plaintiffs and counsel for Defendants Cabrillo Community College District ("Cabrillo") and Safeco Insurance Company of America ("Safeco") met and conferred via telephone conference.

4. During the telephone conference, Plaintiffs and Defendants Cabrillo and Safeco jointly agreed that, given the nature of the claims, the parties should attempt to resolve this matter prior to mediation, court appearances, or initial disclosures.

5. The Plaintiffs and Defendants Cabrillo and Safeco jointly agreed that the parties would benefit if any court appearances or pleading deadlines be extended for at least a period of thirty (30) days so that the parties may attempt to promptly settle this case before incurring unnecessary attorney fees for any such appearances or pleadings.

6. The parties' stipulated request to change time will move the date of the Case Management Conference currently scheduled by the Court's Order on April 8, 2008 to a date at least thirty (30) days thereafter. The parties' stipulated request will also move the date for initial disclosures from April 1, 2008 as set by Court Order to May 1, 2008 and move the deadline for the Rule 26(f) Report and Joint Case Management Statement from April 1, 2008 to May 1, 2008. Moreover, the parties' stipulated request to change time will move all deadlines and dates for scheduled Court appearances to a date at least thirty (30) days later. To date, there has been no other time modification made in this case either by stipulation or Court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on this 18th day of March, 2008, in Alameda, California.

Dated: March 18, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *Jannah Manansala*
JANNAH V. MANANSALA
Attorneys for Plaintiffs

114011/487438

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Declaration of J. Manansala in Support of Stipulated Request for Order Changing Time    Case No. CV 07-06399 PVT