1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3
4   ROBERT ALVARADO, ET AL.,                    C 07-06399 PVT

5           *Plaintiff(s),*
                                                **CLERK'S NOTICE RESCHEDULING**
                                                **CASE MANAGEMENT**
6   vs.                                         **CONFERENCE**

7   E. UGARTE, INC., ET AL.,

8           *Defendant(s).*

9

10      Please take notice that the Case Management Conference scheduled for April 8**,**

11  2008 at 2:00 p.m. has been **Rescheduled to May 20, 2008 at 2:00 p.m.** before Magistrate

12  Patricia V. Trumbull.  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse,

13  280 South First Street, San Jose, California.

14
                                            /s/ Corinne Lew
15  Dated: March 20, 2008                   _____
                                            Corinne Lew
16                                          DEPUTY CLERK