# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Robert Alvarado, et al.

## SUMMONS IN A CIVIL CASE

V.

E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company, et al.

CASE NUMBER: C07 06399

**TO:** (Name and address of defendant)

E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christian L. Raisner (SBN 133839)
Jannah V. Manansala (SBN 249376)
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   DEC 1 8 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
         Date                      Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY, STE. 200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME)   ROBERT ALVARADO, ET AL | REFERENCE NUMBER<br>0T270214-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ROBERT ALVARADO, ET AL. vs. E. UGARTE, INC., ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0706399 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

**Name of Defendant:** E. UGARTE, INC. DBA KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, A CALIFORNIA CORPORATION
**Person Served:** DANIEL UGARTE
**Title:** COMPETENT MEMBER OF HOUSEHOLD

**Date of Delivery:** 12/28/07
**Time of Delivery:** 04:42 pm

**Place of Service:** 4011 MANZANA LANE
PALO ALTO, CA 94306-0?    (Residence)

**Date of Mailing:** 12/31/07
**Place of Mailing:** SAN FRANCISCO

**Physical Description:**
| AGE: 18 | HAIR: BROWN | HEIGHT: 5'5" | RACE: C |
| SEX: M | EYES: BROWN | WEIGHT: 170LBS | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**Fee for service:** $ 83.10
**In Compliance With:** ☐ **Federal Rules of Civil Procedure**
☒ **California Code of Civil Procedure**

Registered: SAN FRANCISCO County
Number: 2007-0001050

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/0T270214-01

Client File # ALVARADO V. UGARTE, ET AL
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: January 2, 2008
at: San Francisco, California.

Signature: Blanca Solis
Name: BLANCA SOLIS
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY, STE.200<br>ALAMEDA, CA  94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME):  ROBERT ALVARADO, ET AL | REFERENCE NUMBER<br>0T270214-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ROBERT ALVARADO, ET AL. vs. E. UGARTE, INC., ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0706399 |
|---|---|---|---|---|

**I received the within process on December 21, 2007 and after due and diligent effort I have been unable to effect personal service on the within named party at the following address.**

    Name:    E. UGARTE, INC. DBA KEVIN NELSON CONCRETE CONSTRUCTION
             COMPANY, A CALIFORNIA CORPORATION

    Home:    4011 MANZANA LANE
             PALO ALTO, CA 94306-0?

**Extraordinary efforts were required to effect service as described below.**

    12/20/07    12:30 pm    ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO
                            RESPONSE.
    12/27/07    02:40 pm    ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO
                            RESPONSE.
    12/28/07    04:42 pm    SUBSTITUTED SERVICE

    Fee for service:    $ 83.10

---

| | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|
| [X] Registered: SAN FRANCISCO County,<br>Number: 2007-0001030 | on: January 2, 2008<br>at: San Francisco, California. |
| Attorney's Diversified Services<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>321/0T270214-01 | Signature: *Blanca Solis*<br>Name: BLANCA SOLIS<br>Title: REGISTERED PROCESS SERVER |

Client File # ALVARADO V. UGARTE, ET AL
DECLARATION OF DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY, STE. 200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| | REFERENCE NUMBER<br>0T270214-01 | |
| ATTORNEY FOR (NAME):  ROBERT ALVARADO, ET AL | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ROBERT ALVARADO, ET AL. vs. E. UGARTE, INC., ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0706399 |
|---|---|---|---|---|

**I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of 18 and not a party to this action. My business address is 1453 Mission Street, Ste 510, San Francisco, CA. 94103.**

On December 31, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN FRANCISCO, **California, addressed as follows:**

    E. UGARTE, INC. DBA KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, A
    CALIFORNIA CORPORATION
    4011 MANZANA LANE
    PALO ALTO, CA 94306-0?

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**    $ 83.10

---



| | | | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|---|---|
| X | Registered: SACRAMENTO County,<br>Number: 2005-05 | | on: January 2, 2008, California.<br>at: San Francisco |
| | **Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>322/0T270214-01 | Client File #: ALVARADO V. UGARTE, ET AL<br>PROOF OF SERVICE BY MAIL | Signature: Cristina Hamill<br>Name: CRISTINA HAMILL<br>Title: EMPLOYEE OF A REGISTERED PROCESS SERVER |

MANUEL A. BOIGUES, ESQ. SBN: 248990
WEINBERG, ROGER & ROSENFELD
1001 MARINA VILLAGE PARKWAY SUITE 200
ALAMEDA, CA 94501
(510) 337-1001

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ALVARADO    Plaintiff(s)

v.

E. UGARTE, INC., ET AL.    Defendant(s)

CASE NUMBER: C0706399PVT

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **served** copies of the *(specify documents)*:

    a. [X] summons   [X] complaint   [ ] alias summons   [ ] first ammended complaint
    [ ] second amended complaint
    [ ] third amended complaint

    [X] other *(specify)*: **Civil Cover Sheet; Order Setting Initial Case Management Conference; ADR Deadlines; Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge PVT; Welcome to the United States Distric Court for the Northern District of California Clerk's Office San Jose Division packet**

2. **Person served:**

    a. [X] Defendant *(name:)* **SAFECO INSURANCE COMPANY OF AMERICA, A WASHINGTON CORPORATION**
    b. [X] Other *(specify name and title or relationship to the party/business named)*:
    **MARGARET WILSON - REGISTERED AGENT FOR SERVICE OF PROCESS**
    c. [X] Address where the papers were served: **818 W. 7TH ST.
    LOS ANGELES, CA 90017**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

    a. [X] Federal Rules of Civil Procedure
    b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a. [X] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. [X] Papers were served on *(date):* **01/07/2008** at *(time):* **02:30 pm**

    b. [ ] By **Substituted Service.** By leaving copies:

    1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. [ ] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. [ ] **Papers were served on** *(date):* at *(time):*

    4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5. [ ] **papers were mailed on** *(date):*

    6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)    PAGE 1

CV-1/LA315778

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*    at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   David Garcia
   Janney & Janney Attorney Service, Inc.
   1545 Wilshire Blvd. #311
   Los Angeles, CA 90017
   (213) 628-6338

   a. Fee for service: $ 65.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :140

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **January 9, 2008**    **David Garcia**    *(Signature)*
                              *Type or Print Server's Name*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)    PAGE 2

LA315778

Christian L Rais
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200   Alameda, CA 94501-1091

TELEPHONE NO.: (510) 337-1001   FAX NO. (Optional): (510) 337-1023
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Robert Alvarado, et al
DEFENDANT (name each): E Ugarte Inc, et al

CASE NUMBER: C0706399

**PROOF OF SERVICE**

HEARING DATE:   DAY:   TIME:   DEPT.:

Ref No. or File No.: 114011

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND
**I SERVED COPIES** OF THE:

Summons & Complaint; Civl Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge PVT; Welcome to the United States District Court for the Northern District of California Clerk's Office San Jose Divison packet;

ENTITY SERVED: Cabrillo Community College, a Public Entity

PERSON SERVED: Brian King - President

PERSON LEFT WITH: Doug Deaver - Director of Facilities

DATE & TIME OF DELIVERY: January 8, 2008
09:48 am

ADDRESS, CITY, AND STATE: 6500 Soquel Dr
Aptos, CA 95003
(BUSINESS)

PHYSICAL DESCRIPTION:
Age: CM   Weight: 180   Hair: Blonde
Sex: M   Height: 6'0"   Eyes: Brown
Skin: White   Marks:

MANNER OF SERVICE:
**Substituted Service** - By leaving the copies with or in the presence of Doug Deaver a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter caused copies to be mailed. A declaration of mailing is attached.

Fee for Service: 59.50
County: Monterey
Registration No.: 47
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 11, 2008.

Signature: _____
CHRISTOPHER MEHARG

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: P110395/GProof23

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christian L Raisner<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Pkwy, Suite 200   Alameda, CA 94501-1091 | |
| TELEPHONE NO.: (510) 337-1001     FAX NO.: (510) 337-1023<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **Robert Alvarado, et al**
DEFENDANT/RESPONDENT: **E Ugarte Inc, et al**

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: C0706399

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action. My business address is 455 Reservation Road, Suite E, Marina, CA 93933.

On January 11, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Summons & Complaint; Civl Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge PVT; Welcome to the United States District Court for the Northern District of California Clerk's Office San Jose Divison packet;**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Marina, CA, California, addressed as follows:

**Cabrillo Community College, a Public Entity**
**6500 Soquel Dr**
**Aptos, CA 95003**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Marina, CA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 59.50
County: Monterey
Registration No.: 47
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 11, 2008.

Signature: Karisma Sigala

**PROOF OF SERVICE BY MAIL**

Order#: P110395/GProof5