CHRISTIAN L. RAISNER, Bar No. 133839
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
Email for Chris Raisner: craisner@unioncounsel.net
Email for Jannah Manansala: jmanansala@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>　　　　　Defendants. | Case No.　　CV 07-06399 PVT<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

**TO THE CLERK OF THE COURT**

Request is hereby made that the default of Defendant E. UGARTE, INC. dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY (hereinafter referred to as "Kevin Nelson Concrete"), be entered.  Defendant Kevin Nelson Concrete has failed to appear or otherwise respond to the Complaint, which was served by substituted service under California Code of Civil Procedure ("CCP") § 415.20(b) on December 28, 2007, mailed to Defendant on December 31, 2007, for which service was deemed complete under CCP § 415.20(b) on January 10, 2008, and for which the proof of service was filed before this Court with the Summons on April 3, 2008.

The above stated facts are set forth in the accompanying declaration of Jannah V. Manansala, filed herewith.

Dated: April 7, 2008

                        WEINBERG, ROGER & ROSENFELD
                        A Professional Corporation

                        By:   /s/
                              CHRISTIAN L. RAISNER
                              JANNAH V. MANANSALA
                              Attorneys for Plaintiffs

114011/489206