CHRISTIAN L. RAISNER, Bar No. 133839
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
Email for Chris Raisner: craisner@unioncounsel.net
Email for Jannah Manansala: jmanansala@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>Defendants. | Case No.    CV 07-06399 PVT<br><br>**DECLARATION OF JANNAH V. MANANSALA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

I, Jannah V. Manansala, declare as follows:

1. I am an associate in the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091, the attorneys for Plaintiffs in this matter. I have knowledge of the facts stated in this Declaration and I could and would testify competently thereto.

2. Defendant E. UGARTE, INC. dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY (hereinafter referred to as "Kevin Nelson Concrete") has not filed an answer or otherwise responded to the Complaint, which was served by substituted service under California Code of Civil Procedure ("CCP") § 415.20(b) on December 28, 2007, mailed to Defendant on December 31, 2007, for which service was deemed complete under CCP § 415.20(b) on January 10, 2008, and for which the proof of service was filed before this Court with the Summons on April 3, 2008. A true and correct copy of the Summons and proof of service are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on this 7th day of April, 2008, in Alameda, California.

Dated: April 7, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/
JANNAH V. MANANSALA

114011/489213

# Exhibit A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Robert Alvarado, et al.

**SUMMONS IN A CIVIL CASE**

V.

E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company, et al.

CASE NUMBER: C07 06399

**TO:** (Name and address of defendant)
E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christian L. Raisner (SBN 133839)
Jannah V. Manansala (SBN 249376)
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE  DEC 1 8 2007

NDCAO440

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐  Served Personally upon the Defendant. Place where served: _____

_____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
        Name of person with whom the summons and complaint were left:

    ☐  Returned unexecuted:


    ☐  Other *(specify)*:


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 *Date*                                         *Signature of Server*

                                               _____
                                               *Address of Server*

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY, STE.200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| | REFERENCE NUMBER | |
| ATTORNEY FOR (NAME)   ROBERT ALVARADO, ET AL | 0T270214-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, CALIFORNIA<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102 | | |
| SHORT NAME OF CASE<br>ROBERT ALVARADO, ET AL. vs. E. UGARTE, INC., ET AL | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0706399 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

**Name of Defendant:**   E. UGARTE, INC. DBA KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, A CALIFORNIA CORPORATION
**Person Served:**   DANIEL UGARTE
**Title:**   COMPETENT MEMBER OF HOUSEHOLD

**Date of Delivery:**   12/28/07
**Time of Delivery:**   04:42 pm

**Place of Service:**   4011 MANZANA LANE
PALO ALTO, CA 94306-0?                              (Residence)

**Date of Mailing:**   12/31/07
**Place of Mailing:**   SAN FRANCISCO

**Physical Description:**
| AGE: 18 | HAIR: BROWN | HEIGHT: 5'5" | RACE: C |
| SEX: M | EYES: BROWN | WEIGHT: 170LBS | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**Fee for service:** $ 83.10
**In Compliance With:**    ☐ Federal Rules of Civil Procedure
                           ☒ California Code of Civil Procedure

Registered:  SAN FRANCISCO County
Number:  2007-0001050

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/0T270214-01

Client File # ALVARADO V. UGARTE, ET AL
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 2, 2008 at San Francisco, California.

Signature: _Blanca Solis_
Name: BLANCA SOLIS
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY, STE.200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME): ROBERT ALVARADO, ET AL | REFERENCE NUMBER<br>0T270214-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
ROBERT ALVARADO, ET AL. vs. E. UGARTE, INC., ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0706399 |
|---|---|---|---|---|

**I received the within process on December 21, 2007 and after due and diligent effort I have been unable to effect personal service on the within named party at the following address.**

    Name:   E. UGARTE, INC. DBA KEVIN NELSON CONCRETE CONSTRUCTION
            COMPANY, A CALIFORNIA CORPORATION

    Home:   4011 MANZANA LANE
            PALO ALTO, CA 94306-0?

**Extraordinary efforts were required to effect service as described below.**

    12/20/07    12:30 pm    ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO
                            RESPONSE.
    12/27/07    02:40 pm    ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO
                            RESPONSE.
    12/28/07    04:42 pm    SUBSTITUTED SERVICE

Fee for service:    $ 83.10

[X] Registered: SAN FRANCISCO County
    Number: 2007-0001030

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
321/0T270214-01

Client File # ALVARADO V. UGARTE, ET AL
DECLARATION OF DILIGENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: January 2, 2008
at: San Francisco, California.

Signature: /s/ Blanca Solis
Name: BLANCA SOLIS
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY, STE.200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME):  ROBERT ALVARADO, ET AL | REFERENCE NUMBER<br>0T270214-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, CALIFORNIA<br>450 GOLDEN GATE AVE<br>SAN FRANCISCO, CA 94102 | | |
| SHORT NAME OF CASE<br>ROBERT ALVARADO, ET AL. vs. E. UGARTE, INC., ET AL | | |
| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0706399 |

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of 18 and not a party to this action. My business address is 1453 Mission Street, Ste 510, San Francisco, CA. 94103.

On December 31, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN FRANCISCO, California, addressed as follows:

> E. UGARTE, INC. DBA KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, A CALIFORNIA CORPORATION
> 4011 MANZANA LANE
> PALO ALTO, CA 94306-0?

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Fee for service:   $ 83.10

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

[X] Registered: SACRAMENTO County,
Number: 2005-05

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
322/0T270214-01

on: January 2, 2008, California.
at: San Francisco

Signature: Cristina Hamill
Client File #: ALVARADO V. UGARTE, ET AL
PROOF OF SERVICE BY MAIL
Name: CRISTINA HAMILL
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER