**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                          408.535.5364

April 8, 2008

RE:  CV 07-06399 PVT          ROBERT ALVARADO-v- E. UGARTE, INC., ET AL.

Default is entered as to E. Ugarte, Inc dba Kevin Nelson Concrete Construction Company, a California corporation on April 8, 2008 .

        RICHARD W. WIEKING, Clerk

        by Betty Walton
        Case Systems Administrator

NDC TR-4  Rev. 3/89