**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ROBERT ALVARADO, et al.,                C 07-06399 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

vs.

E. UGARTE, INC., et al.,

    *Defendant(s).*

    Please take notice that the Case Management Conference previously scheduled for May 20, 2008 has been rescheduled for **June 3, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 14, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK