1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

United States District Court
Northern District of California

10   Alvarado,                                    07-06399 PVT MED

11                Plaintiff(s),          **Notice of Appointment of Mediator**

12        v.

13   E. Ugarte, Inc.,

14                Defendant(s).

15   TO COUNSEL OF RECORD:

16        The court notifies the parties and counsel that the Mediator assigned to this case

17   is:

18                **Robert F. Schwartz**
                   Trucker Huss
19                 120 Montgomery St.
                   San Francisco, CA 94104
20                 415-788-3111

21        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22   governs the Mediation program.  The mediator will schedule a joint phone conference

23   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25   The court permits the mediator to charge each party its pro rata share of the cost of the

26   phone conference.

27

28

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: April 24, 2008

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:     Claudia M. Forehand

7

8    _____
                                           ADR Case Administrator
9                                          415-522-2059
                                           Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-06399 PVT MED                          - 2 -

**United States District Court**
**Northern District of California**