UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, et al., ) | Case No.: C 07-6399 PVT |
| ) | |
| Plaintiffs, ) | **ORDER DENYING DEFENDANT SAFECO INS. CO.'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| v. ) | |
| E. UGARTE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

On June 2, 2008, Defendant Safeco Ins. Co. ("Safeco") faxed a letter to chambers in which it requests that its counsel be allowed to appear by telephone at the Case Management Conference scheduled for June 3, 2008.[1]  Based on the letter and the file herein,

IT IS HEREBY ORDERED that Safeco's request is DENIED.  Pursuant to this court's Civil Local Rule 16-10(a), any request to appear at a case management conference by telephone "must be filed and served at least 5 days before the conference."  Here, Safeco neither filed its request, nor submitted it at least 5 days before the conference.  Moreover, Safeco provides no reason for the request other than the out of town location of the counsel it chose to have represent it in this case.

Dated: *June 2, 2008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*