UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/3/08

Court Reporter: FTR          Clerk: C. Lew

Case No: C 07-06399 PVT      Case Title: Alvarado v. E. Ugarte, Inc.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Jannah Manansala | Chad Wilcox (Safeco Insurance Co. of America)<br>Keith Berlin (Cabrillo Community College) |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery
                         [ ] Settlement    [ ] Final
                         [ ] Other    [X] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted          [ ] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar


[ X ] Pretrial Conference set for 10/20/09 at 2:00 p.m; Bench Trial set for 12/7/09 at 9:00 a.m.


**ORDER TO BE PREPARED BY**

[ ] Plaintiff      [ ] Defendant      [ X ] Court      [ ] Court w/opinion