CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001, Fax 510.337.1023
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>Plaintiffs,<br>v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>Defendants. | Case No.   CV 07-06399 PVT<br><br>**PLAINTIFF'S REQUEST TO EXTEND DEADLINE FOR MEDIATION AND PROPOSED ORDER (LOCAL ADR RULE 6-5)**<br><br>Date of Court Order Referring Case to Mediation:  March 25, 2008<br>Mediator:    Robert Schwartz<br>Judge:    Magistrate Judge Patricia V. Trumbull<br>Courtroom:   5, 4th Floor |

Pursuant to Local ADR Rule 6-5, Plaintiffs Robert Alvarado, Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Request to Extend Mediation Deadline and Proposed Order                    Case No. CV 07-06399 PVT

1  Annuity Trust Fund For Northern California, Industry Advancement, and The Contract Work
2  Preservation Fund (herein collectively referred to as "Plaintiffs") respectfully request that the
3  deadline for mediation in this case be extended.
4        On June 5, 2008, Plaintiffs and Defendants Cabrillo Community College District and
5  Safeco Insurance Company of America reached a tentative agreement that the parties believe will
6  resolve their dispute.  (Declaration of Jannah V. Manansala "Manansala Decl." ¶ 2)  The parties
7  would like some additional time to reduce their agreement to writing.  (Manansala Decl. ¶ 3)
8  Mediation is currently scheduled for June 17, 2008 and the mediation statements are currently due
9  on June 12, 2008.  (Manansala Decl. ¶ 4)  Plaintiffs, Defendant Cabrillo and Defendant Safeco
10 believe that they will be able to finalize their settlement within the next few weeks.  (Manansala
11 Decl. ¶ 3)  Defendants Cabrillo and Safeco concur in this request.  (Manansala Decl. ¶ 3)

13 Dated: June 9, 2008                WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation

15                                 By:  _____/s/_____
16                                     JANNAH V. MANANSALA
                                    Attorneys for Plaintiffs

19 Pursuant to the foregoing request, IT IS SO ORDERED.
20 The mediation for this matter must take place by:
21 _____ , 2008

23 DATED :                  , 2008

24                                 By:  _____
                                    THE HONORABLE PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

# PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 9, 2008, I served upon the following parties in this action:

| | |
|---|---|
| Chad C. Wilcox<br>Booth, Mitchel & Strange LLP<br>701 South Parker Street, Suite 6500<br>Orange, CA 92856-8155<br>*Attorneys for Defendant Safeco Insurance Company* | Keith A. Berlin<br>Public Agency Law Group<br>222 North Sepulveda Blvd., Suite 1690<br>El Segundo, CA 90245<br>*Attorneys for Defendant Cabrillo College* |
| Robert F. Schwartz<br>Trucker Huss<br>120 Montgomery Street<br>San Francisco, CA 94104<br>*Mediator* | U.S. District Court-ADR Unit<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 941 |

copies of the document(s) described as:

- **PLAINTIFF'S REQUEST TO EXTEND DEADLINE FOR MEDIATION AND PROPOSED ORDER (LOCAL ADR RULE 6-5)**

- **DECLARATION OF JANNAH V. MANANSALA IN SUPPORT OF PLAINTIFF'S REQUEST TO EXTEND DEADLINE FOR MEDIATION (LOCAL ADR RULE 6-5)**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY ELECTRONIC FILING**  I electronically served the above-described document on the following parties by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System on June 9, 2008, which electronically notifies them via the e-mail addresses list on the ECF confirmation.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Oakland, California, on June 9, 2008.

/s/
Stephanie Mizuhara

114011/496048