1   CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
    JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
2   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
3   1001 Marina Village Parkway, Suite 200
    Alameda, California 94501-1091
4   Telephone 510.337.1001, Fax 510.337.1023
    Attorneys for Plaintiffs
5

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                             SAN JOSE DIVISION

9

10  ROBERT ALVARADO, in his capacity as     )   Case No.     CV 07-06399 PVT
    Trustee of the CARPENTERS HEALTH AND     )
11  WELFARE TRUST FUND FOR NORTHERN          )
    CALIFORNIA; CARPENTERS PENSION           )   **DECLARATION OF JANNAH V.**
12  TRUST FUND FOR NORTHERN                  )   **MANANSALA IN SUPPORT OF**
    CALIFORNIA; CARPENTERS VACATION          )   **PLAINTIFF'S REQUEST TO**
13  AND HOLIDAY TRUST FUND FOR               )   **EXTEND DEADLINE FOR**
    NORTHERN CALIFORNIA;                     )   **MEDIATION (LOCAL ADR RULE**
14  APPRENTICE/JOURNEYMAN TRAINING           )   **6-5)**
    TRUST FUND FOR NORTHERN                  )
15  CALIFORNIA; CARPENTERS ANNUITY           )   Date of Court Order Referring Case to
    TRUST FUND FOR NORTHERN                  )   Mediation:   March 25, 2008
16  CALIFORNIA; INDUSTRY                     )   Mediator:    Robert Schwartz
    ADVANCEMENT; AND THE CONTRACT            )   Judge:       Magistrate Judge Patricia
17  WORK PRESERVATION FUND,                  )                V. Trumbull
                                             )   Courtroom:   5, 4th Floor
18              Plaintiffs,                  )
         v.                                  )
19                                           )
    E. UGARTE, INC., dba KEVIN NELSON        )
20  CONCRETE CONSTRUCTION COMPANY,           )
    a California Corporation; CABRILLO       )
21  COMMUNITY COLLEGE, a Public Entity;      )
    SAFECO INSURANCE COMPANY OF              )
22  AMERICA, a Washington Corporation,       )
                                             )
23              Defendants.                  )
    ─────────────────────────────────────── )
24

25  I, Jannah V. Manansala declare:

26        1.      I am an attorney of record for the Plaintiffs in this litigation.

27        2.      On June 5, 2008, I met and conferred with counsel for Cabrillo Community College

28  District and counsel for Safeco Insurance Company of America wherein the parties were able to

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  reach a tentative agreement that the parties believe will resolve their dispute in this litigation.

2      3.    On June 6, 2008 and June 9, 2008 I corresponded with counsel for Cabrillo

3  Community College District and counsel for Safeco Insurance Company of America, respectively.

4  All parties concur that an extension of the deadline for mediation would be beneficial to this

5  lawsuit while the parties attempt to finalize their settlement.  The parties hope to finalize their

6  agreement within the next few weeks.

7      4.    This lawsuit is currently scheduled for mediation on June 17, 2008 with mediation

8  statements due on June 12, 2008.

9      I declare under penalty of perjury under the laws of the State of California that the

10  foregoing is true and correct.  This declaration was executed on this 9th day of June, 2008, in

11  Alameda, California.

12                  WEINBERG, ROGER & ROSENFELD
                   A Professional Corporation
13

14                  By:  _____/s/_____
15                       JANNAH V. MANANSALA
                        Attorneys for Plaintiffs
16

17  114011/496096

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Declaration of J. Manansala in Support of Request to Extend Deadline for Mediation    Case No. CV 07-06399 PVT