CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001, Fax 510.337.1023
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>    Plaintiffs,<br>    v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>    Defendants. | Case No.    CV 07-06399 PVT<br><br>**PLAINTIFF'S REQUEST TO EXTEND DEADLINE FOR MEDIATION AND ~~PROPOSED~~ ORDER (LOCAL ADR RULE 6-5)**<br><br>Date of Court Order Referring Case to Mediation:   March 25, 2008<br>Mediator:    Robert Schwartz<br>Judge:       Magistrate Judge Patricia V. Trumbull<br>Courtroom:   5, 4th Floor |

Pursuant to Local ADR Rule 6-5, Plaintiffs Robert Alvarado, Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Request to Extend Mediation Deadline and Proposed Order                                Case No. CV 07-06399 PVT

1  Annuity Trust Fund For Northern California, Industry Advancement, and The Contract Work
2  Preservation Fund (herein collectively referred to as "Plaintiffs") respectfully request that the
3  deadline for mediation in this case be extended.
4      On June 5, 2008, Plaintiffs and Defendants Cabrillo Community College District and
5  Safeco Insurance Company of America reached a tentative agreement that the parties believe will
6  resolve their dispute. (Declaration of Jannah V. Manansala "Manansala Decl." ¶ 2) The parties
7  would like some additional time to reduce their agreement to writing. (Manansala Decl. ¶ 3)
8  Mediation is currently scheduled for June 17, 2008 and the mediation statements are currently due
9  on June 12, 2008. (Manansala Decl. ¶ 4) Plaintiffs, Defendant Cabrillo and Defendant Safeco
10 believe that they will be able to finalize their settlement within the next few weeks. (Manansala
11 Decl. ¶ 3) Defendants Cabrillo and Safeco concur in this request. (Manansala Decl. ¶ 3)

13 Dated: June 9, 2008        WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

15                               By:    /s/
16                                   JANNAH V. MANANSALA
                                  Attorneys for Plaintiffs

19 Pursuant to the foregoing request, IT IS SO ORDERED.
20 The mediation for this matter must take place by:
21     July 25    , 2008

23 DATED:   6/10   , 2008

24                                 By: *Patricia V. Trumbull*
                                THE HONORABLE PATRICIA V. TRUMBULL
25                                 United States Magistrate Judge

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Request to Extend Mediation Deadline and Proposed Order    Case No. CV 07-06399 PVT