CHRISTIAN L. RAISNER, Bar No. 133839
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001, Fax 510.337.1023
E-mail: craisner@unioncounsel.net
          jmanansala@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>    Plaintiffs,<br>    v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>    Defendants. | Case No.   CV 07-06399 PVT<br><br>**NOTICE OF SETTLEMENT** |

The parties, Plaintiffs Robert Alvarado, in capacity as Trustee for the Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters

Annuity Trust Fund For Northern California, Industry Advancement, and The Contract Work Preservation Fund (herein referred to as "Plaintiff") and Safeco Insurance Company of America ("Safeco"), by and through their counsel of record, have reached a settlement in the above-captioned case. Declaration of Jannah Manansala ("Manansala Decl."), ¶ 2, Exh. A. Pursuant to the terms of the settlement, Plaintiff and Defendants Safeco and Cabrillo Community College District anticipate that Stipulation for Dismissal will be filed by September 1, 2008. Manansala Decl. ¶ 3.

Dated: July 11, 2008               WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation


                                   By:   /s/
                                         CHRISTIAN L. RAISNER
                                         JANNAH V. MANANSALA
                                         Attorneys for Plaintiffs

114011/499074

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Notice of Settlement                                          Case No. CV 07-06399 PVT