CHRISTIAN L. RAISNER, Bar No. 133839
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001, Fax 510.337.1023
E-mail: craisner@unioncounsel.net
         jmanansala@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>Plaintiffs,<br>v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>Defendants. | Case No.   CV 07-06399 PVT<br><br>**DECLARATION OF JANNAH V. MANANSALA IN SUPPORT OF NOTICE OF SETTLEMENT** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Declaration in Support of Notice of Settlement                                                 Case No. CV 07-06399 PVT

I, JANNAH V. MANANSALA, hereby declare that:

1. I am an attorney at law, admitted to practice before this Court, and an associate with the law firm of Weinberg, Roger & Rosenfeld, attorneys for Plaintiffs in the above-referenced matter. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. On or about July 7, 2008, a settlement agreement was entered into by Plaintiff Robert Alvarado, in his capacity as trustee for the Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters Annuity Trust Fund For Northern California, Industry Advancement, and The Contract Work Preservation Fund, Defendant Safeco Insurance Company of America ("Safeco") and Zolman Construction and Development, Inc. A true and correct copy of the settlement agreement is attached hereto as Exhibit A.

3. On or about July 2006, I corresponded with counsel for Defendants Safeco and Cabrillo Community College District. During my conversations with counsel, the parties agreed that, with the exceptions provided in the terms of the settlement agreement, all parties intend to file a Stipulation for Dismissal by September 1, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 11th day of July 2008 in Alameda, California.

/s/
JANNAH V. MANANSALA

114011/499087

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001