# EXHIBIT A

to

# DECLARATION OF JANNAH V. MANANSALA IN SUPPORT OF NOTICE OF SETTLEMENT

## SETTLEMENT AGREEMENT AND RELEASE

The parties to this settlement agreement ("Agreement") are Robert Alvarado as Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund ("Alvarado"), Safeco Insurance Company of America ("Safeco"), and Zolman Construction & Development, Inc. ("Zolman Construction") (collectively, the "Parties").

### Recitals

A. Zolman Construction & Development, Inc. and Synergy Project Management, Inc., ("Zolman/Synergy"), was the prime contractor on a project known as the Student Activities Center Project for Cabrillo Community College District ("Cabrillo") located at 6500 Soquel Drive in Aptos, California 95003 ("Project").

B. Zolman/Synergy entered into a written agreement with Cabrillo whereby Zolman/Synergy agreed to act as the original contractor on the Project.

C. E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company ("KNCCC") was a subcontractor to Zolman/Synergy, performing concrete and related work on the Project.

D. At certain times, KNCCC was a signatory to a collective bargaining agreement with the Carpenters 46 Northern California Counties Conference Board ("Union") entitled Carpenters Master Agreement, which was in full force and effect at the time KNCCC performed work on the Project.

E. Zolman/Synergy, as principal, and Safeco, as surety, executed a payment bond in connection with the Project.

F. Alvarado alleges that KNCCC owed, but refused to pay, fringe benefit contributions alleged to be owed under the Carpenters Master Agreement and ERISA section 502(g)(20 (29 U.S.C. § 1132(g)(2)). The Carpenters Master Agreement incorporated by reference various trust agreements establishing each of the trust funds named above. Alvarado also alleges that Cabrillo was timely served with a verified stop notice in the amount of $35,984.64 on about October 3, 2006 and that, since the service of the stop notice, there was and is a sufficient amount of money due from Cabrillo out of the construction funds for the Project to answer and pay the claims of the Trust Funds listed herein. Moreover, Alvarado alleged that Safeco, by virtue of the payment bond described in Paragraph E of this agreement, is liable for the fringe benefit contributions due and owing as well as costs and attorneys fees incurred by the trust funds in attempt to collect the fringe benefit contributions due and owing.

G. Alvarado filed an action in the United States District Court for the Northern District of California entitled <u>Robert Alvarado v. E. Ugarte, Inc., et al.</u>, Case No. C07-06399 PVT

(the "Action"). The Action names KNCCC, Safeco, and Cabrillo as defendants, and alleges causes of action for breach of contract, recovery on stop notice, and recovery on payment bond.

H. The Parties have settled their differences and now enter into this Agreement.

### Terms of Agreement

NOW THEREFORE, for good and valuable consideration, the receipt of which is acknowledged, the Parties agree as follows:

1. Zolman Construction shall pay Alvarado the total sum of $38,984.64 ($35,484.64 in principal amount sought plus $3,500 in attorney's fees and costs) ("Settlement Sum") within 10 calendar days of the parties' execution of this Agreement and the fulfillment of Alvarado's obligations hereunder. Payment shall be made payable to Weinberg, Roger & Rosenfeld Client Trust Account and be sent to Alvarado's counsel, Christian L. Raisner, Esq., Weinberg, Roger & Rosenfeld A Professional Corporation, 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

2. Contemporaneously with execution of this Agreement, Alvarado shall furnish Zolman/Synergy with an executed Conditional Waiver and Release Upon Final Payment, which is attached hereto as Exhibit A. Upon payment of the Settlement Sum, Alvarado shall furnish Zolman Construction an Unconditional Waiver and Release Upon Final Payment, which is attached hereto as Exhibit B, and a Release of Stop Notice, which is attached hereto as Exhibit C.

3. As a condition of settlement, Alvarado herewith assigns its rights against KNCCC to Zolman/Synergy, and will furnish, along with a signed copy of this Agreement, an executed assignment of rights, which is attached hereto as Exhibit D. Alvarado further agrees to provide, at Zolman's expense, its cooperation to Zolman Construction, and Zolman/Synergy, as may be necessary for Zolman to pursue its claims against KNCCC.

4. Provided that payment to Alvarado required under this Agreement has been made, counsel for Alvarado and Safeco shall cause to be filed with the United States District Court for the Northern District of California, no later than 30 days after the check for the funds referenced in Paragraph 1 has been issued, a stipulation for dismissal with prejudice of the entire Action, as to all named and Doe defendants, and with the exceptions provided under this Agreement and pre-existing agreements between Zolman/Synergy and Safeco, with each party to bear its own fees and costs. Since the parties wish to retain the court's jurisdiction to enforce their settlement agreement, the parties will request that the court expressly retain jurisdiction by incorporating the terms of the settlement agreement in the order of dismissal.

5. Alvarado, for itself and its respective directors, officers, employees, agents, attorneys, representatives, sureties, insurers, successors, and assigns, hereby releases Zolman Construction, Synergy Project Management, Inc., Zolman/Synergy, Safeco, the District

(collectively, "Released Parties"), and each the Released Parties' respective directors, officers, employees, agents, attorneys, representatives, insurers, sureties, successors, partners, and assigns from any and all claims, liabilities, demands, losses, causes of action, and/or damages known or unknown alleged in, asserted in, arising from or related to the Project and the Action.

6. This Agreement embodies a compromise of disputed issues and is made in good faith. Alvarado understands that Zolman/Synergy do not admit any negligence, breach of contract or any wrongdoing in connection with the matters herein referred to, and that the compromise embodied in this Agreement is not an admission of any fault, liability or culpability by any Party. With regard to the matters expressly released under the provisions of this agreement, Alvarado waives the rights, benefits and remedies conferred by Section 1542 of the California Civil Code, which states as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

7. As between Safeco and Alvarado, and as between Alvarado and Zolman/Synergy, each Party shall bear its own costs and fees except as otherwise provided herein. Safeco does not waive any indemnity rights it may have under the bond or any other agreements, against Zolman/Synergy.

8. This Agreement benefits and is binding upon each Party hereto and his or her principals, heirs, legatees, transferees, parents, subsidiaries, successors and assigns.

9. Each Party warrants that each has full ownership of the claims released by it. Each Party shall be responsible to other for any damages caused by its breach of a warranty contained herein.

10. In the event that any portion of this Agreement shall be found void or voidable by a court of competent jurisdiction, such portion shall be stricken and the Agreement reformed to approximate, as closely as the law permits, the intent of the stricken portion or portions.

11. This Agreement is the entire agreement between the Parties with respect to the subject matter hereof and supersedes any and all prior or contemporaneous oral and written agreements and discussions between or among any of them. This Agreement may be amended only by a further signed writing. This Agreement shall be construed in accordance with and be governed by the laws of the State of California. This paragraph does not apply to any pre-existing agreements between Zolman Construction and Safeco.

12. This Agreement may be executed in counterparts, and a signature transmitted by facsimile or in PDF or TIFF format shall be deemed the equivalent of an original signature. This Agreement is specifically enforceable and may also be enforced under Section 664.6 of the Code of Civil Procedure, or any other applicable law. As provided in Paragraph 4, the Parties agree to request that the Court expressly retain jurisdiction to enforce or interpret the terms of this

the prevailing party shall be entitled to recover, in addition to all other relief, his or her attorney's fees and costs of suit.

13. Each Party warrants that it has cooperated and participated in the drafting and preparation of this Agreement as well as consulted with its respective counsel in reaching this Agreement. Accordingly, the Parties hereby acknowledge and agree that this Agreement shall not be construed or interpreted in favor of or against any party by virtue of the identity of its preparer.

Dated: June ____, 2008

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

_____

Dated: June ____, 2008

SAFECO INSURANCE COMPANY OF AMERICA

By_____

Print Name:_____

Title:_____
     (officer)

Dated: June ____, 2008

ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.

By_____
Reza Zolfaghari, Its Executive Vice President

the prevailing party shall be entitled to recover, in addition to all other relief, his or her attorney's fees and costs of suit.

    13.    Each Party warrants that it has cooperated and participated in the drafting and preparation of this Agreement as well as consulted with its respective counsel in reaching this Agreement. Accordingly, the Parties hereby acknowledge and agree that this Agreement shall not be construed or interpreted in favor of or against any party by virtue of the identity of its preparer.

Dated: June ____, 2008

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

_____

Dated: June 3, 2008

SAFECO INSURANCE COMPANY OF AMERICA

By _____

Print Name: BRUCE S. ECHIGOSHIMA

Title: _____
        (officer)

Dated: June ____, 2008

ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.


By _____
    Reza Zolfaghari, Its Executive Vice President

4

Agreement. In the event any party hereto commences an action or other legal proceeding to enforce any term or provision of this Agreement, or any judgment is entered on this Agreement, the prevailing party shall be entitled to recover, in addition to all other relief, his or her attorney's fees and costs of suit.

      13.    Each Party warrants that it has cooperated and participated in the drafting and preparation of this Agreement as well as consulted with its respective counsel in reaching this Agreement. Accordingly, the Parties hereby acknowledge and agree that this Agreement shall not be construed or interpreted in favor of or against any party by virtue of the identity of its preparer.

Dated: June ____, 2008

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

_____

Dated: June ____, 2008

SAFECO INSURANCE COMPANY OF AMERICA

By_____

Print Name:_____

Title:_____
        (officer)

Dated: June ____, 2008

ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.

By_____
REZA ZOLFAGHARI, Ph.D.
EXEC. VICE PRESIDENT

4

S:\ALRDOCS\30330\3\00104094.DOC

APPROVED AS TO FORM:

Dated: July 7, 2008           BOOTH, MITCHEL & STRANGE LLP

By _____[signature]_____
Chad C. Wilcox, Esq.
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

Dated: July ___, 2008           LEONIDOU & ROSIN
Professional Corporation

By _____
Patricia Walsh, Esq.
Attorneys for
ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.

Dated: July ___, 2008           WEINBERG, ROGER & ROSENFELD

By _____[signature]_____
Christian Raisner, Esq.
Attorneys for Plaintiff
ROBERT ALVARADO, TRUSTEE

Reza Zolfaghari, Its Executive Vice Presi

APPROVED AS TO FORM:

Dated: June ____, 2008    BOOTH, MITCHEL & STRANGE LLP


By_____
    Chad C. Wilcox, Esq.
    Attorneys for Defendant
    SAFECO INSURANCE COMPANY OF
    AMERICA


Dated: June ____, 2008    LEONIDOU & ROSIN
Professional Corporation


By____*[signature]*____
    Patricia Walsh, Esq.
    Attorneys for
    ZOLMAN CONSTRUCTION &
    DEVELOPMENT, INC.


Dated: June ____, 2008    WEINBERG, ROGER & ROSENFELD


By_____
    Christian Raisner, Esq.
    Attorneys for Plaintiff
    ROBERT ALVARADO, TRUSTEE

<u>APPROVED AS TO FORM</u>:

Dated: July ____, 2008                       BOOTH, MITCHEL & STRANGE LLP


By_____
    Chad C. Wilcox, Esq.
    Attorneys for Defendant
    SAFECO INSURANCE COMPANY OF
    AMERICA


Dated: July ____, 2008                       LEONIDOU & ROSIN
                                                                 Professional Corporation


By_____
    Patricia Walsh, Esq.
    Attorneys for
    ZOLMAN CONSTRUCTION &
    DEVELOPMENT, INC.

Dated: July ____, 2008                       WEINBERG, ROGER & ROSENFELD


By _*/s/ Christian L Raisner/*_
    Christian Raisner, Esq.
    Attorneys for Plaintiff
    ROBERT ALVARADO, TRUSTEE

# Conditional Waiver and Release Upon Final Payment
# (Exhibit A)

## CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

Upon execution of the Settlement Agreement by the undersigned Robert Alvarado as Plaintiff and Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and the Contract Work Preservation Fund ("Alvarado") this document shall become effective to release any mechanic's lien, stop notice, or bond rights the undersigned has on the job of Student Activities Center Project for Cabrillo Community College District located at 6500 Soquel Drive in Aptos, California 95003 against Zolman Construction. Upon execution of this release, Alvarado hereby assigns its rights against E. Ugarte, Inc. dba Kevin Nelson Concrete and Kevin Nelson Concrete to Zolman Construction and Zolman/Synergy, as may be necessary for Zolman to pursue its claims against Ugarte and/or Nelson. Before any recipient of this document relies on it the party should verify evidence of payment to the undersigned.

Dated: _____    By: _____

ROBERT ALVARADO, TRUSTEE of the
Carpenters Health and Welfare Trust Fund
for California, Carpenters Pension Trust
Fund for Northern California, Carpenters
Vacation and Holiday Trust Fund for
Northern California, Apprentice/ Journeyman
Trust Fund for Northern California,
Carpenters Annuity Trust Fund, Industry
Advancement, and The Contract Work
Preservation Fund

# Unconditional Waiver and Release Upon Final Payment
# (Exhibit B)

# **UNCONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT**

       The undersigned has been paid in full for all labor, services, equipment, or material furnished to Plaintiff Robert Alvarado as Plaintiff and Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and the Contract Work Preservation Fund ("Alvarado") on the job of Student Activities Center Project for Cabrillo Community College District located at 6500 Soquel Drive in Aptos, California 95003. Upon execution of this release, and does hereby waive and release any right to a mechanic's lien, stop notice, or any right against a labor and material bond on the job, except for disputed claims for extra work in the amount of $ -0-. Before any recipient of this document relies on it the party should verify evidence of payment to the undersigned.

Dated: _____   By:_____

                                                                      ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

# Release of Stop Notice
# (Exhibit C)

# **RELEASE OF STOP NOTICE**
(Public or Private)

TO:     **Cabrillo Community College District
6500 Soquel Drive
Aptos, CA 95003**

You are hereby notified that the undersigned claimant ("Claimant") releases that certain Stop Notice dated October 3, 2006, in the amount of $35,984.64 against the Cabrillo Community College District, as Owner, and Zolman Construction & Development, Inc. and Synergy Project Management, Inc. (hereinafter collectively "Zolman"), as contractor, in connection with the work of improvement known as the Cabrillo College Student Activities Center Project, located at 6500 Soquel Drive in Aptos, California 95003.

Claimant releases and waives any claim against the Owner of the project, and Owner's agents and employees, for any liability for disbursing amounts that have been withheld pursuant to the stop notice described above. Claimant further releases and waives any claim against Zolman, and Zolman's agents and employees, for any liability for disbursing amounts that have been withheld pursuant to the stop notice described above.

Dated: June ___, 2008            By:_____

ROBERT ALVARADO, TRUSTEE of the
Carpenters Health and Welfare Trust Fund
for California, Carpenters Pension Trust
Fund for Northern California, Carpenters
Vacation and Holiday Trust Fund for
Northern California, Apprentice/ Journeyman
Trust Fund for Northern California,
Carpenters Annuity Trust Fund, Industry
Advancement, and The Contract Work
Preservation Fund

\* \* \* \* \* \* \*
## **VERIFICATION**

I, the undersigned, state that I am Robert Alvarado, the Claimant named in the foregoing Release of Stop Notice. I have read said Release of Stop Notice and know the contents thereof, and I certify that the same is true of my own knowledge. Executed at _____, California, on June ___, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
ROBERT ALVARADO, TRUSTEE

# The Assignment of Rights (Exhibit D)

# **ASSIGNMENT OF RIGHTS**

In consideration and upon receipt of consideration, receipt of which is hereby acknowledged, Robert Alvarado as Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund ("Assignor") hereby assigns, transfers and sets over to Zolman Construction & Development, Inc. and Synergy Project Management, Inc., a Joint Venture, and Zolman Construction & Development, Inc. and Synergy Project Management, Inc., jointly and severally ("Assignee") all rights, title and interests under any and all agreements existing between Assignor and E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company, which are generally described as collective bargaining agreements, that gave rise to the debt owed by KNCCC for unpaid fringe benefits in the amount of $35,984.64 and which was the basis for the lawsuit filed by Assignor in the United States District Court for the Northern District of California entitled Robert Alvarado v. E. Ugarte, Inc., et al., Case No. C07-06399 PVT.

Assignor hereby grants to Assignee its true, lawful and irrevocable power of attorney to demand, proceed for and enforce payment on said debt and at Assignees' own expense, to sue in the name of Assignee, and Assignee is herewith subrogated to all rights and remedies of Assignor. Assignor further agrees to provide its reasonable cooperation in the enforcement of Assignee's pursuit of its assigned rights, and to furnish all documents necessary for the enforcement of such rights.

Dated: _____     By: _____

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund