CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001, Fax 510.337.1023
Attorneys for Plaintiffs

KEITH ANDREW BERLIN, Bar No. 117754, kberlin@palg.net
PUBLIC AGENCY LAW GROUP
222 North Sepulveda Blvd., Suite 1690
El Segundo, California 90245
Telephone 310.640.0800, Fax 310.640.0818
Attorneys for Defendant Cabrillo Community College District

CHAD CHRISTOPHER WILCOX, Bar No. 198498, ccwilcox@boothmitchel.com
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, California 92856-8155
Telephone 714.480.8500, Fax 714.480.8533
Attorneys for Defendant Safeco Insurance Company of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICE/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; INDUSTRY ADVANCEMENT; AND THE CONTRACT WORK PRESERVATION FUND,<br><br>Plaintiffs,<br>v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, a California Corporation; CABRILLO COMMUNITY COLLEGE, a Public Entity; SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>Defendants. | Case No. CV 07-06399 PVT<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by Plaintiff Robert Alvarado, in his capacity as Trustee for the Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters Annuity Trust Fund For Northern California, Industry Advancement, and the Contract Work Preservation Fund ("Plaintiff"), Defendant Safeco Insurance Company of America ("Safeco") and Defendant Cabrillo Community College District ("Cabrillo") that the above-captioned action, including all claims, counterclaims and affirmative defenses, be dismissed with prejudice pursuant to FRCP 41(a)(1)(ii).

The parties request that the Court retain jurisdiction to enforce the Settlement Agreement entered into between Plaintiff, Defendant Safeco and Zolman Construction & Development, Inc. ("Zolman") on or about July 7, 2008 and incorporate the terms of the Settlement Agreement in its Order. The Settlement Agreement is attached hereto as Exhibit A.

With the exceptions provided in the Settlement Agreement attached hereto as Exhibit A, the parties agree to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: August 8, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: Jannah Manansala
JANNAH V. MANANSALA
Attorneys for Plaintiffs

Dated: August , 2008

PUBLIC AGENCY LAW GROUP

By: ______________________
KEITH ANDREW BERLIN
Attorneys for Defendant Cabrillo Community College

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

IT IS HEREBY STIPULATED by Plaintiff Robert Alvarado, in his capacity as Trustee for the Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern California, Carpenters Annuity Trust Fund For Northern California, Industry Advancement, and the Contract Work Preservation Fund ("Plaintiff"), Defendant Safeco Insurance Company of America ("Safeco") and Defendant Cabrillo Community College District ("Cabrillo") that the above-captioned action, including all claims, counterclaims and affirmative defenses, be dismissed with prejudice pursuant to FRCP 41(a)(1)(ii).

The parties request that the Court retain jurisdiction to enforce the Settlement Agreement entered into between Plaintiff, Defendant Safeco and Zolman Construction & Development, Inc. ("Zolman") on or about July 7, 2008 and incorporate the terms of the Settlement Agreement in its Order. The Settlement Agreement is attached hereto as Exhibit A.

With the exceptions provided in the Settlement Agreement attached hereto as Exhibit A, the parties agree to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: August , 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: ______________________
JANNAH V. MANANSALA
Attorneys for Plaintiffs

Dated: August 8, 2008

PUBLIC AGENCY LAW GROUP

By: [signature]
KEITH ANDREW BERLIN
Attorneys for Defendant Cabrillo Community College

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Dated: August 6 2008

BOOTH, MITCHEL & STRANGE LLP

By: [signature]
CHAD CHRISTOPHER WILCOX
Attorneys for Defendant Safeco Insurance Company of America

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August , 2008

Respectfully submitted,

By: ______________________________
JANNAH V. MANANSALA

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice.

2. With the exceptions provided in the July 7, 2008 Settlement Agreement entered into by Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and Zolman Construction & Development, Inc., each party shall bear its own costs and attorneys' fees.

3. The Court hereby adopts all the terms set forth in the July 7, 2008 Agreement entered into by Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and Zolman Construction & Development, Inc. and incorporates those terms by reference in this Order.

4. The Court shall retain jurisdiction over this matter to enforce the terms of the July 7, 2008 Agreement.

IT IS SO ORDERED.

DATED : , 2008

By: ______________________________
THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

114011/499695

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Dated: August , 2008

BOOTH, MITCHEL & STRANGE LLP

By: ______________________
CHAD CHRISTOPHER WILCOX
Attorneys for Defendant Safeco Insurance Company of America

**Filer's Attestation**: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 8, 2008

Respectfully submitted,

By: Jannah Manansala
JANNAH V. MANANSALA

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice.

2. With the exceptions provided in the July 7, 2008 Settlement Agreement entered into by Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and Zolman Construction & Development, Inc., each party shall bear its own costs and attorneys' fees.

3. The Court hereby adopts all the terms set forth in the July 7, 2008 Agreement entered into by Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and Zolman Construction & Development, Inc. and incorporates those terms by reference in this Order.

4. The Court shall retain jurisdiction over this matter to enforce the terms of the July 7, 2008 Agreement.

IT IS SO ORDERED.

DATED : , 2008

By: ______________________
THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

114011/499695

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001