1  CHRISTIAN L. RAISNER, Bar No. 133839, craisner@unioncounsel.net
   JANNAH V. MANANSALA, Bar No. 249376, jmanansala@unioncounsel.net
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001, Fax 510.337.1023
   Attorneys for Plaintiffs
5
   KEITH ANDREW BERLIN, Bar No. 117754, kberlin@palg.net
6  PUBLIC AGENCY LAW GROUP
   222 North Sepulveda Blvd., Suite 1690
7  El Segundo, California 90245
   Telephone 310.640.0800, Fax 310.640.0818
8  Attorneys for Defendant Cabrillo Community College District

9  CHAD CHRISTOPHER WILCOX, Bar No. 198498, ccwilcox@boothmitchel.com
   BOOTH, MITCHEL & STRANGE LLP
10 701 South Parker Street, Suite 6500
   Orange, California 92856-8155
11 Telephone 714.480.8500, Fax 714.480.8533
   Attorneys for Defendant Safeco Insurance Company of America
12
                    UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
14

15 ROBERT ALVARADO, in his capacity as     )   Case No.     CV 07-06399 PVT
   Trustee of the CARPENTERS HEALTH AND    )
16 WELFARE TRUST FUND FOR NORTHERN         )
   CALIFORNIA; CARPENTERS PENSION          )   STIPULATION OF DISMISSAL AND
17 TRUST FUND FOR NORTHERN                 )   [PROPOSED] ORDER
   CALIFORNIA; CARPENTERS VACATION         )
18 AND HOLIDAY TRUST FUND FOR              )
   NORTHERN CALIFORNIA;                    )
19 APPRENTICE/JOURNEYMAN TRAINING          )
   TRUST FUND FOR NORTHERN                 )
20 CALIFORNIA; CARPENTERS ANNUITY          )
   TRUST FUND FOR NORTHERN                 )
21 CALIFORNIA; INDUSTRY                    )
   ADVANCEMENT; AND THE CONTRACT           )
22 WORK PRESERVATION FUND,                 )
                                           )
23            Plaintiffs,                  )
         v.                                )
24                                         )
   E. UGARTE, INC., dba KEVIN NELSON       )
25 CONCRETE CONSTRUCTION COMPANY,          )
   a California Corporation; CABRILLO      )
26 COMMUNITY COLLEGE, a Public Entity;     )
   SAFECO INSURANCE COMPANY OF             )
27 AMERICA, a Washington Corporation,      )
                                           )
28            Defendants.                  )
                                           )

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

Stipulation of Dismissal and [Proposed] Order          Case No. CV 07-06399 PVT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   IT IS HEREBY STIPULATED by Plaintiff Robert Alvarado, in his capacity as Trustee for

the Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday

Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern

California, Carpenters Annuity Trust Fund For Northern California, Industry Advancement, and

the Contract Work Preservation Fund ("Plaintiff"), Defendant Safeco Insurance Company of

America ("Safeco") and Defendant Cabrillo Community College District ("Cabrillo") that the

above-captioned action, including all claims, counterclaims and affirmative defenses, be dismissed

with prejudice pursuant to FRCP 41(a)(1)(ii).

   The parties request that the Court retain jurisdiction to enforce the Settlement Agreement

entered into between Plaintiff, Defendant Safeco and Zolman Construction & Development, Inc.

("Zolman") on or about July 7, 2008 and incorporate the terms of the Settlement Agreement in its

Order.  The Settlement Agreement is attached hereto as Exhibit A.

   With the exceptions provided in the Settlement Agreement attached hereto as Exhibit A, the

parties agree to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: August 8, 2008

Dated: August   , 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *Jannah Manansala*
JANNAH V. MANANSALA
Attorneys for Plaintiffs

PUBLIC AGENCY LAW GROUP

By: 
KEITH ANDREW BERLIN
Attorneys for Defendant Cabrillo Community
College

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337-1001

Stipulation of Dismissal and [Proposed] Order                    Case No. CV 07-06399 PVT

1     IT IS HEREBY STIPULATED by Plaintiff Robert Alvarado, in his capacity as Trustee for

2  the Carpenters Pension Trust Fund For Northern California, Carpenters Vacation and Holiday

3  Trust Fund For Northern California, Apprentice/Journeyman Training Trust Fund For Northern

4  California, Carpenters Annuity Trust Fund For Northern California, Industry Advancement, and

5  the Contract Work Preservation Fund ("Plaintiff"), Defendant Safeco Insurance Company of

6  America ("Safeco") and Defendant Cabrillo Community College District ("Cabrillo") that the

7  above-captioned action, including all claims, counterclaims and affirmative defenses, be dismissed

8  with prejudice pursuant to FRCP 41(a)(1)(ii).

9     The parties request that the Court retain jurisdiction to enforce the Settlement Agreement

10  entered into between Plaintiff, Defendant Safeco and Zolman Construction & Development, Inc.

11  ("Zolman") on or about July 7, 2008 and incorporate the terms of the Settlement Agreement in its

12  Order.  The Settlement Agreement is attached hereto as Exhibit A.

13     With the exceptions provided in the Settlement Agreement attached hereto as Exhibit A, the

14  parties agree to bear their own fees and costs.

15  IT IS SO STIPULATED.

16  Dated: August   , 2008          WEINBERG, ROGER & ROSENFELD

17                             A Professional Corporation

18

19                     By: _____
                               JANNAH V. MANANSALA
                             Attorneys for Plaintiffs

20

21  Dated: August 8, 2008          PUBLIC AGENCY LAW GROUP

22

23                     By: _____
                           KEITH ANDREW BERLIN

24                           Attorneys for Defendant Cabrillo Community
                           College

25

26

27

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation of Dismissal and [Proposed] Order               Case No. CV 07-06399 PVT

1   Dated: August 6 2008                    BOOTH, MITCHEL & STRANGE LLP

2                                           By: _____

3                                           CHAD CHRISTOPHER WILCOX
                                            Attorneys for Defendant Safeco Insurance Company
4                                           of America

5
        **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of
6   perjury that concurrence in the filing of the document has been obtained from its signatory.

7   Dated: August   , 2008                  Respectfully submitted,

8
                                            By: _____
9                                           JANNAH V. MANANSALA

10

11  The Court having considered the stipulation of the parties, and good cause appearing therefore,
    orders as follows:
12
        1.  The action is dismissed with prejudice.
13

14      2.  With the exceptions provided in the July 7, 2008 Settlement Agreement entered into by
            Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and Zolman
15          Construction & Development, Inc., each party shall bear its own costs and attorneys'
            fees.
16

17      3.  The Court hereby adopts all the terms set forth in the July 7, 2008 Agreement entered
            into by Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and
18          Zolman Construction & Development, Inc. and incorporates those terms by reference in
            this Order.
19

20      4.  The Court shall retain jurisdiction over this matter to enforce the terms of the July 7,
            2008 Agreement.
21

22  IT IS SO ORDERED.

23  DATED :           , 2008

24                                          By: _____

25                                          THE HONORABLE PATRICIA V. TRUMBULL
                                            United States Magistrate Judge
26

27

28  114011/499695

WEINBERG, ROGER &
  ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
   Suite 200
Alameda, CA 94501-1091
  510.337.1001

Stipulation of Dismissal and [Proposed] Order                           Case No. CV 07-06399 PVT

Dated: August   , 2008                    BOOTH, MITCHEL & STRANGE LLP


                                          By: _____
                                               CHAD CHRISTOPHER WILCOX
                                               Attorneys for Defendant Safeco Insurance Company
                                               of America


   **Filer's Attestation**:  Pursuant to General Order No. 45, §X(B), I attest under penalty of
perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 8, 2008                     Respectfully submitted,


                                          By: *Jannah Manansala*
                                               JANNAH V. MANANSALA


The Court having considered the stipulation of the parties, and good cause appearing therefore,
orders as follows:

   1.  The action is dismissed with prejudice.

   2.  With the exceptions provided in the July 7, 2008 Settlement Agreement entered into by
       Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and Zolman
       Construction & Development, Inc., each party shall bear its own costs and attorneys'
       fees.

   3.  The Court hereby adopts all the terms set forth in the July 7, 2008 Agreement entered
       into by Plaintiff Robert Alvarado, Plaintiff Safeco Insurance Company of America and
       Zolman Construction & Development, Inc. and incorporates those terms by reference in
       this Order.

   4.  The Court shall retain jurisdiction over this matter to enforce the terms of the July 7,
       2008 Agreement.

IT IS SO ORDERED.


DATED :   3/31   , 2008<sup>9</sup>


                                          By: *Patricia V. Trumbull*
                                               THE HONORABLE PATRICIA V. TRUMBULL
                                               United States Magistrate Judge


114011/499695

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

                                    - 3 -

Stipulation of Dismissal and [Proposed] Order                    Case No. CV 07-06399 PVT

# EXHIBIT A

## SETTLEMENT AGREEMENT AND RELEASE

The parties to this settlement agreement ("Agreement") are Robert Alvarado as Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund ("Alvarado"), Safeco Insurance Company of America ("Safeco"), and Zolman Construction & Development, Inc. ("Zolman Construction") (collectively, the "Parties").

### Recitals

A. Zolman Construction & Development, Inc. and Synergy Project Management, Inc., ("Zolman/Synergy"), was the prime contractor on a project known as the Student Activities Center Project for Cabrillo Community College District ("Cabrillo") located at 6500 Soquel Drive in Aptos, California 95003 ("Project").

B. Zolman/Synergy entered into a written agreement with Cabrillo whereby Zolman/Synergy agreed to act as the original contractor on the Project.

C. E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company ("KNCCC") was a subcontractor to Zolman/Synergy, performing concrete and related work on the Project.

D. At certain times, KNCCC was a signatory to a collective bargaining agreement with the Carpenters 46 Northern California Counties Conference Board ("Union") entitled Carpenters Master Agreement, which was in full force and effect at the time KNCCC performed work on the Project.

E. Zolman/Synergy, as principal, and Safeco, as surety, executed a payment bond in connection with the Project.

F. Alvarado alleges that KNCCC owed, but refused to pay, fringe benefit contributions alleged to be owed under the Carpenters Master Agreement and ERISA section 502(g)(20 (29 U.S.C. § 1132(g)(2)). The Carpenters Master Agreement incorporated by reference various trust agreements establishing each of the trust funds named above. Alvarado also alleges that Cabrillo was timely served with a verified stop notice in the amount of $35,984.64 on about October 3, 2006 and that, since the service of the stop notice, there was and is a sufficient amount of money due from Cabrillo out of the construction funds for the Project to answer and pay the claims of the Trust Funds listed herein. Moreover, Alvarado alleged that Safeco, by virtue of the payment bond described in Paragraph E of this agreement, is liable for the fringe benefit contributions due and owing as well as costs and attorneys fees incurred by the trust funds in attempt to collect the fringe benefit contributions due and owing.

G. Alvarado filed an action in the United States District Court for the Northern District of California entitled Robert Alvarado v. E. Ugarte, Inc., et al., Case No. C07-06399 PVT

(the "Action").  The Action names KNCCC, Safeco, and Cabrillo as defendants, and alleges causes of action for breach of contract, recovery on stop notice, and recovery on payment bond.

H.  The Parties have settled their differences and now enter into this Agreement.

### Terms of Agreement

NOW THEREFORE, for good and valuable consideration, the receipt of which is acknowledged, the Parties agree as follows:

1.      Zolman Construction shall pay Alvarado the total sum of $38,984.64 ($35,484.64 in principal amount sought plus $3,500 in attorney's fees and costs) ("Settlement Sum") within 10 calendar days of the parties' execution of this Agreement and the fulfillment of Alvarado's obligations hereunder.  Payment shall be made payable to Weinberg, Roger & Rosenfeld Client Trust Account and be sent to Alvarado's counsel, Christian L. Raisner, Esq., Weinberg, Roger & Rosenfeld A Professional Corporation, 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

2.      Contemporaneously with execution of this Agreement, Alvarado shall furnish Zolman/Synergy with an executed Conditional Waiver and Release Upon Final Payment, which is attached hereto as Exhibit A.  Upon payment of the Settlement Sum, Alvarado shall furnish Zolman Construction an Unconditional Waiver and Release Upon Final Payment, which is attached hereto as Exhibit B, and a Release of Stop Notice, which is attached hereto as Exhibit C.

3.      As a condition of settlement, Alvarado herewith assigns its rights against KNCCC to Zolman/Synergy, and will furnish, along with a signed copy of this Agreement, an executed assignment of rights, which is attached hereto as Exhibit D.  Alvarado further agrees to provide, at Zolman's expense, its cooperation to Zolman Construction, and Zolman/Synergy, as may be necessary for Zolman to pursue its claims against KNCCC.

4.      Provided that payment to Alvarado required under this Agreement has been made, counsel for Alvarado and Safeco shall cause to be filed with the United States District Court for the Northern District of California, no later than 30 days after the check for the funds referenced in Paragraph 1 has been issued, a stipulation for dismissal with prejudice of the entire Action, as to all named and Doe defendants, and with the exceptions provided under this Agreement and pre-existing agreements between Zolman/Synergy and Safeco, with each party to bear its own fees and costs.  Since the parties wish to retain the court's jurisdiction to enforce their settlement agreement, the parties will request that the court expressly retain jurisdiction by incorporating the terms of the settlement agreement in the order of dismissal.

5.      Alvarado, for itself and its respective directors, officers, employees, agents, attorneys, representatives, sureties, insurers, successors, and assigns, hereby releases Zolman Construction, Synergy Project Management, Inc., Zolman/Synergy, Safeco, the District

2

(collectively, "Released Parties"), and each the Released Parties' respective directors, officers, employees, agents, attorneys, representatives, insurers, sureties, successors, partners, and assigns from any and all claims, liabilities, demands, losses, causes of action, and/or damages known or unknown alleged in, asserted in, arising from or related to the Project and the Action.

6.      This Agreement embodies a compromise of disputed issues and is made in good faith. Alvarado understands that Zolman/Synergy do not admit any negligence, breach of contract or any wrongdoing in connection with the matters herein referred to, and that the compromise embodied in this Agreement is not an admission of any fault, liability or culpability by any Party. With regard to the matters expressly released under the provisions of this agreement, Alvarado waives the rights, benefits and remedies conferred by Section 1542 of the California Civil Code, which states as follows:

**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

7.      As between Safeco and Alvarado, and as between Alvarado and Zolman/Synergy, each Party shall bear its own costs and fees except as otherwise provided herein.  Safeco does not waive any indemnity rights it may have under the bond or any other agreements, against Zolman/ Synergy.

8.      This Agreement benefits and is binding upon each Party hereto and his or her principals, heirs, legatees, transferees, parents, subsidiaries, successors and assigns.

9.      Each Party warrants that each has full ownership of the claims released by it.  Each Party shall be responsible to other for any damages caused by its breach of a warranty contained herein.

10.     In the event that any portion of this Agreement shall be found void or voidable by a court of competent jurisdiction, such portion shall be stricken and the Agreement reformed to approximate, as closely as the law permits, the intent of the stricken portion or portions.

11.     This Agreement is the entire agreement between the Parties with respect to the subject matter hereof and supersedes any and all prior or contemporaneous oral and written agreements and discussions between or among any of them.  This Agreement may be amended only by a further signed writing.  This Agreement shall be construed in accordance with and be governed by the laws of the State of California.  This paragraph does not apply to any pre-existing agreements between Zolman Construction and Safeco.

12.     This Agreement may be executed in counterparts, and a signature transmitted by facsimile or in PDF or TIFF format shall be deemed the equivalent of an original signature.  This Agreement is specifically enforceable and may also be enforced under Section 664.6 of the Code of Civil Procedure, or any other applicable law.  As provided in Paragraph 4, the Parties agree to request that the Court expressly retain jurisdiction to enforce or interpret the terms of this

the prevailing party shall be entitled to recover, in addition to all other relief, his or her attorney's fees and costs of suit.

    13.    Each Party warrants that it has cooperated and participated in the drafting and preparation of this Agreement as well as consulted with its respective counsel in reaching this Agreement. Accordingly, the Parties hereby acknowledge and agree that this Agreement shall not be construed or interpreted in favor of or against any party by virtue of the identity of its preparer.

Dated: June _____, 2008

    ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

_____

Dated: June ___, 2008

SAFECO INSURANCE COMPANY OF AMERICA

By_____

Print Name:   BRUCE S. ECHIGOSHIMA

Title:_____
     (officer)

Dated: June _____, 2008

ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.

By_____
    Reza Zolfaghari, Its Executive Vice President

4

Agreement.  In the event any party hereto commences an action or other legal proceeding to enforce any term or provision of this Agreement, or any judgment is entered on this Agreement, the prevailing party shall be entitled to recover, in addition to all other relief, his or her attorney's fees and costs of suit.

13.    Each Party warrants that it has cooperated and participated in the drafting and preparation of this Agreement as well as consulted with its respective counsel in reaching this Agreement.  Accordingly, the Parties hereby acknowledge and agree that this Agreement shall not be construed or interpreted in favor of or against any party by virtue of the identity of its preparer.

Dated: June _____, 2008

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

_____

Dated: June _____, 2008

SAFECO INSURANCE COMPANY OF AMERICA

By_____

Print Name:_____

Title:_____
         (officer)

Dated: June _____, 2008

ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.

By_____

REZA ZOLFAGHARI,Ph.D.
EXEC. VICE PRESIDENT

**APPROVED AS TO FORM:**

Dated: July 7 , 2008                    BOOTH, MITCHEL & STRANGE LLP

By_____
    Chad C. Wilcox, Esq.
    Attorneys for Defendant
    SAFECO INSURANCE COMPANY OF
    AMERICA


Dated: July ____, 2008                  LEONIDOU & ROSIN
                                        Professional Corporation



By_____
    Patricia Walsh, Esq.
    Attorneys for
    ZOLMAN CONSTRUCTION &
    DEVELOPMENT, INC.

Dated: July ____, 2008                  WEINBERG, ROGER & ROSENFELD



By_____
    Christian Raisner, Esq.
    Attorneys for Plaintiff
    ROBERT ALVARADO, TRUSTEE


5

Presi<u>**APPROVED AS TO FORM:**</u>

Reza   Zolfaghari,   Its   Executive   Vice

Dated: June _____, 2008

BOOTH, MITCHEL & STRANGE LLP

By_____

    Chad C. Wilcox, Esq.
    Attorneys for Defendant
    SAFECO INSURANCE COMPANY OF
    AMERICA

Dated: ~~June~~ _____, 2008

LEONIDOU & ROSIN
Professional Corporation

By_____

    Patricia Walsh, Esq.
    Attorneys for
    ZOLMAN CONSTRUCTION &
    DEVELOPMENT, INC.

Dated: June _____, 2008

WEINBERG, ROGER & ROSENFELD

By_____

    Christian Raisner, Esq.
    Attorneys for Plaintiff
    ROBERT ALVARADO, TRUSTEE

# Conditional Waiver and Release Upon Final Payment
# (Exhibit A)

# CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

Upon execution of the Settlement Agreement by the undersigned Robert Alvarado as Plaintiff and Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and the Contract Work Preservation Fund ("Alvarado") this document shall become effective to release any mechanic's lien, stop notice, or bond rights the undersigned has on the job of Student Activities Center Project for Cabrillo Community College District located at 6500 Soquel Drive in Aptos, California 95003 against Zolman Construction. Upon execution of this release, Alvarado hereby assigns its rights against E. Ugarte, Inc. dba Kevin Nelson Concrete and Kevin Nelson Concrete to Zolman Construction and Zolman/Synergy, as may be necessary for Zolman to pursue its claims against Ugarte and/or Nelson. Before any recipient of this document relies on it the party should verify evidence of payment to the undersigned.

Dated: _____     By: _____

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund

# Unconditional Waiver and Release Upon Final Payment
# (Exhibit B)

## UNCONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

The undersigned has been paid in full for all labor, services, equipment, or material furnished to Plaintiff Robert Alvarado as Plaintiff and Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and the Contract Work Preservation Fund ("Alvarado") on the job of Student Activities Center Project for Cabrillo Community College District located at 6500 Soquel Drive in Aptos, California 95003. Upon execution of this release, and does hereby waive and release any right to a mechanic's lien, stop notice, or any right against a labor and material bond on the job, except for disputed claims for extra work in the amount of $-0-. Before any recipient of this document relies on it the party should verify evidence of payment to the undersigned.

Dated: _July 1, 2008_          By: _____

ROBERT ALVARADO, TRUSTEE of the
Carpenters Health and Welfare Trust Fund
for California, Carpenters Pension Trust
Fund for Northern California, Carpenters
Vacation and Holiday Trust Fund for
Northern California, Apprentice/ Journeyman
Trust Fund for Northern California,
Carpenters Annuity Trust Fund, Industry
Advancement, and The Contract Work
Preservation Fund

# Release of Stop Notice
# (Exhibit C)

## RELEASE OF STOP NOTICE
### (Public or Private)

**TO:**   **Cabrillo Community College District**
          **6500 Soquel Drive**
          **Aptos, CA  95003**

You are hereby notified that the undersigned claimant ("Claimant") releases that certain Stop Notice dated October 3, 2006, in the amount of $35,984.64 against the Cabrillo Community College District, as Owner, and Zolman Construction & Development, Inc. and Synergy Project Management, Inc. (hereinafter collectively "Zolman"), as contractor, in connection with the work of improvement known as the Cabrillo College Student Activities Center Project, located at 6500 Soquel Drive in Aptos, California 95003.

Claimant releases and waives any claim against the Owner of the project, and Owner's agents and employees, for any liability for disbursing amounts that have been withheld pursuant to the stop notice described above. Claimant further releases and waives any claim against Zolman, and Zolman's agents and employees, for any liability for disbursing amounts that have been withheld pursuant to the stop notice described above.

Dated: June ___, 2008                    By: _____

                                         ROBERT ALVARADO, TRUSTEE of the
                                         Carpenters Health and Welfare Trust Fund
                                         for California, Carpenters Pension Trust
                                         Fund for Northern California, Carpenters
                                         Vacation and Holiday Trust Fund for
                                         Northern California, Apprentice/ Journeyman
                                         Trust Fund for Northern California,
                                         Carpenters Annuity Trust Fund, Industry
                                         Advancement, and The Contract Work
                                         Preservation Fund

### * * * * * * *
### VERIFICATION

I, the undersigned, state that I am Robert Alvarado, the Claimant named in the foregoing Release of Stop Notice. I have read said Release of Stop Notice and know the contents thereof, and I certify that the same is true of my own knowledge. Executed at _Oakland_, California, on June ___, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
ROBERT ALVARADO, TRUSTEE

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of *Alameda*

On *July 29, 2008* before me, *Judy R Coronado Notary Public*
              Date                                    Here Insert Name and Title of the Officer

personally appeared *Robert Alvarado*
                                   Name(s) of Signer(s)

_____

who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws
of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _____
                          Signature of Notary Public

**JUDY R. CORONADO**
Commission # 1749876
Notary Public - California
Alameda County
My Comm. Expires Jun 9, 2011

Place Notary Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: *Release of Stop Notice - Cabrillo College*

Document Date: *7-29-2008* _____ Number of Pages: *1*

Signer(s) Other Than Named Above: *N/A*

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: *Robert Alvarado*

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: *Trustee*

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# The Assignment of Rights (Exhibit D)

# ASSIGNMENT OF RIGHTS

In consideration and upon receipt of consideration, receipt of which is hereby acknowledged, Robert Alvarado as Trustee of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund ("Assignor") hereby assigns, transfers and sets over to Zolman Construction & Development, Inc. and Synergy Project Management, Inc., a Joint Venture, and Zolman Construction & Development, Inc. and Synergy Project Management, Inc., jointly and severally ("Assignee") all rights, title and interests under any and all agreements existing between Assignor and E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company, which are generally described as collective bargaining agreements, that gave rise to the debt owed by KNCCC for unpaid fringe benefits in the amount of $35,984.64 and which was the basis for the lawsuit filed by Assignor in the United States District Court for the Northern District of California entitled <u>Robert Alvarado v. E. Ugarte, Inc., et al.,</u> Case No. C07-06399 PVT.

Assignor hereby grants to Assignee its true, lawful and irrevocable power of attorney to demand, proceed for and enforce payment on said debt and at Assignees' own expense, to sue in the name of Assignee, and Assignee is herewith subrogated to all rights and remedies of Assignor. Assignor further agrees to provide its reasonable cooperation in the enforcement of Assignee's pursuit of its assigned rights, and to furnish all documents necessary for the enforcement of such rights.

Dated: _____     By: _____

ROBERT ALVARADO, TRUSTEE of the Carpenters Health and Welfare Trust Fund for California, Carpenters Pension Trust Fund for Northern California, Carpenters Vacation and Holiday Trust Fund for Northern California, Apprentice/ Journeyman Trust Fund for Northern California, Carpenters Annuity Trust Fund, Industry Advancement, and The Contract Work Preservation Fund